cient for which a lens moves on the eye is $0.27 \times 10^{-6}$ cm²/sec. The highest value of Hydrodell Water Permeability Coefficient for a lens which binds on the eye is $0.08 \times 10^{-6}$ cm²/sec. Thus, a contact lens preferably has a Hydrodell Water Permeability Coefficient greater than about $0.08 \times 10^{-6}$ cm²/sec., more preferably greater than $0.27 \times 10^{-6}$ cm²/sec.

The invention has been described in detail, with reference to certain preferred embodiments, in order to enable the reader to practice the invention without undue experimentation. Theories of operation have been offered to better enable the reader to understand the invention, but such theories do not limit the scope of the invention. In addition, a person having ordinary skill in the art will readily recognize that many of the previous components, compositions, and parameters may be varied or modified to a reasonable extent without departing from the scope and spirit of the invention.

Furthermore, titles, headings, example materials or the like are provided to enhance the reader's comprehension of this document, and should not be read as limiting the scope of the present invention. Accordingly, the intellectual property rights to the invention are defined by the following claims, reasonable extensions and equivalents thereof, as interpreted in view of the disclosure herein.

That which is claimed is:

1. An ophthalmic lens having ophthalnically compatible inner and outer surfaces, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids, said lens comprising a polymeric material which has a high oxygen permeability and a high ion permeability, said polymeric material being formed from polymerizable materials comprising:

(a) at least one oxyperm polymerizable material and
(b) at least one ionoperm polymerizable material,

wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during a period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said oxyperm polymerizablea material forms a phase or phases substantially seperate from the phase or phases formed by said ionoperm polymerizable material,

wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially hared and wearer comfort is acceptable during a period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said ionoperm polyrnerizable material, if polymerized alone would form a hydrophilic polymer having a water content of atleast 10 weight percent upon full hydration, and

wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characteized either by (1) an Ionoton Ion Permeability Coefficient of greater than about $0.2 \times 10^{-6}$ cm²/sec. or (2) an Ionoflux Diffusion Coefficient of greater than about $1.5 \times 10^{31\ 6}$ mm²/min. wherein said ion permeability is measured with respect to sodium ions.

2. An ophthalmic lens of claim 1, wherein said ophthalmic lens is selected from the group consisting of contact lenses for vision correction, contact lenses for eye color modification, ophthalmic drug delivery devices, and ophthalmic wound healing devices.

3. An ophthalmic lens of claim 2, wherein said ophthalmic lens is a contact lens.

4. An ophthalmic lens of claim 1, wherein said ophthalmic lens has an oxygen transmissibility of at least about 75 barrers/mm.

5. An ophthalmic lens of claim 4, wherein said ophthalmic lens has an oxygen transmissibility of at least about 87 barrers/mm.

6. An ophthalmic lens of claim 1, wherein said polymeric material comprises an ionoperm phase which extends continuously from the inner surface of the ophthalmic lens to the outer surface of the ophthalmic lens.

7. An ophthalmic lens of claim 1, wherein said polymeric material comprises an oxyperm phase which extends continuously from the inner surface of the ophthalmic lens to the outer surface of the ophthalmic lens.

8. An ophthalmic lens of claim 1, wherein said polymeric material comprises a plurality of co-continuous phases, including at least one oxyperm phase which extends continuously from the inner surface of the ophthalmic lens to the outer surface of the ophthalmic lens and at least one ionoperm phase which extends continuously from the inner surface of the ophthalmic lens to the outer surface of the ophthalmic lens.

9. An ophthalmic lens of claim 1, wherein said polymeric material comprises at least one ion or water pathway which extends continuously from the inner surface of the ophthalmic lens to the outer surface of the ophthalmic lens.

10. An ophthalmic lens of claim 1, wherein said polymeric material comprises at least one oxygen pathway which extends continuously from the inner surface of the ophthalmic lens to the outer surface of the ophthalmic lens.

11. An ophthalmic lens of claim 1, wherein said polymeric material comprises a plurality of co-continuous pathways, at least one being an ion or water pathway and at least one other being an oxygen pathway, which pathways extend continuously from the inner surface of the lens to the outer surface of the lens.

12. An ophthalmic lens of claim 11, wherein said co-continuous pathways include a continuous phase of ionoperm polymeric material and a continuous phase of siloxane-containing polymeric material.

13. An ophthalmic lens of claim 11, wherein said pathways have a domain size which is less than a size which undesirably distorts visible light in an amount which is visible to the eye of the wearer.

14. An ophthalmic lens of claim 1, wherein said lens has an Ionoton Ion Permeability Coefficient of greater than about $0.3 \times 10^{-6}$ cm²/sec and wherein said Ionoton Ion Permeability Coefficient is measured with respect to sodium ions.

15. An ophthalmic lens of claim 14, wherein said lens has an Ionoton Ion Permeability Coefficient of greater than about $0.4 \times 10^{-6}$ cm²/sec and wherein said Ionoton Ion Permeability Coefficient is measured with respect to sodium ions.

16. An ophthalmic lens of claim 1, wherein said lens has an Ionoflux Diffusion Coefficient of greater than about $2.6 \times 10^{-6}$ mm²/min and wherein said Ionoflux Ion Permeability Coefficeint is measured with respect to sodium ions.

17. An ophthalmic lens of claim 16, wherein said lens has an Ionoflux Diffuision Coefficient of greater than about $6.4 \times 10^{-6}$ mm²/min and wherein said Ionoflux Ion Permeability Coefficient is measured with respect to sodium ions.

18. An ophthalmic lens of claim 1, wherein said lens has a Hydrodell Water Permeability Coefficient of greater than about $0.2 \times 10^{-6}$ cm²/sec.

19. An ophthalmic lens of claim 18, wherein said lens has a Hydrodell Water Permeability Coefficient of greater than about $0.3 \times 10^{-6}$ cm²/sec.

20. An ophthalmic lens of claim 19, wherein said lens has a Hydrodell Water Permeability Coefficient of greater than about $0.4 \times 10^{-6}$ cm$^2$/sec.

21. An ophthalmic lens of claim 1, wherein when hydrated, said lens has an equilibrium water content of less than about 32 weight percent when tested in accordance with the Bulk Technique.

22. An ophthalmic lens of claim 21, wherein when hydrated, said lens has an equilibrium water content of about 10 to about 30 weight percent when tested in accordance with the Bulk Technique.

23. An ophthalmic lens of claim 22, wherein when hydrated, said lens has an equilibrium water content of about 15 to about 25 weight percent when tested in accordance with the Bulk Technique.

24. An ophthalmic lens of claim 1, wherein said polymeric material is formed from a polymerizable mixture comprising:
   (a) about 60 to about 85 weight percent oxyperm macromer; and
   (b) about 15 to about 40 weight percent ionoperm monomer.

25. An ophthalmic lens of claim 24, wherein said polymeric material is formed from a polymerizable mixture comprising:
   (a) about 70 to about 82 weight percent oxyperm macromer; and
   (b) about 18 to about 30 weight percent ionoperm monomer.

26. An ophthlamic lens of claim 1, wherein said lens allows oxygen transmission in an amount sufficient to prevent any clinically signficant corneal swelling during a period of extended, continuous contact with ocular tissue and ocular fluids.

27. An ophthalmic lens of claim 1, wherein said lens produces, after wear of about 24 hours, including normal sleep periods, less than about 8% corneal swelling.

28. An ophthalmic lens of claim 27, wherein said lens produces, after wear of about 24 hours, including normal sleep periods, less than about 6% corneal swelling.

29. An ophthalmic lens of claim 28, wherein said lens produces, after wear of about 24 hours, including normal sleep periods, less than about 4% corneal swelling.

30. An ophthalmic lens of claim 1, wherein said period of extended continuous contact is at least 24 hours.

31. An ophthalmic lens of claim 30, wherein said period of extended continuous contact is at least 4 days.

32. An ophthalmic lens of claim 31, wherein said period of extended continuous contact is at least 7 days.

33. An ophthalmic lens of claim 32, wherein said period of extended continuous contact is at least 14 days.

34. An ophthalmic lens of claim 33, wherein said period of extended continuous contact is at least 30 days.

35. An ophthalmic lens of claim 1, wherein said lens has a tensile modulus of 3 MPa or less.

36. An ophthalmic lens of claim 1, wherein said lens has a short relaxation time constant of greater than about 3.5 seconds, wherein said short relaxation time constant is measured in phosphate-buffered saline solution.

37. An ophthalmic lens of claim 26, wherein said lens has an Ionoton Ion Permeability Coefficient, P, of greater than about $0.2 \times 10^{-6}$ cm$^2$/sec, wherein said short relaxation time constant is measured in phosphate-buffered saline solution and wherein said Ionoton Ion Permeability Coefficient is measured with respect to sodium ions.

38. An ophthalmic lens of claim 26, wherein said lens has an Ionoflux Diffusion Coefficient of greater than about $2.6 \times 10^{-6}$ mm$^2$/min, wherein said short relaxation time constant is measured in phosphate-buffered saline solution and wherein said Ionoton Ion Permeability Coefficient is measured with respect to sodium ions.

39. An ophthalmic lens of claim 36, wherein said lens has a Hydrodell Water Permeability Coefficient of greater than about $0.2 \times 10^{-6}$ cm$^2$/min, wherein said short relaxation time constant is measured in phosphate-buffered saline solution.

40. An ophthalmic lens of claim 1, wherein the polymeric material has a tan $\delta$ above about 0.25 at about 10 Hz, wherein said short relaxation time constant is measured in phosphate-buffered saline solution.

41. An ophthalmic lens of claim 1, wherein said lens has an Ionoton Ion Permeability Coefficient of greater than about $0.3 \times 10^{-6}$ cm$^2$/sec, a tensile modulus of 3 MPa or less, and a short relaxation time constant of greater than about 3.5 seconds, wherein said short relaxation time constant is measured in phosphate-buffered saline solution and wherein said Ionoton Ion Permeability Coefficient is measured with respect to sodium ions.

42. An ophthalmic lens of claim 1, wherein said lens has an Ionoflux Diffusion Coefficient of greater than about $2.6 \times 10^{-6}$ mm$^2$/min., a tensile modulus of 3 MPa or less, and a short relaxation time constant of greater than about 3.5 seconds, wherein said short relaxation time constant is measured in phosphate-buffered saline solution and wherein said Ionoflux Ion Permeability Coefficient is measured with respect to sodium ions.

43. An ophthalmic lens of claim 1, wherein said lens has a Hydrodell Water Permeability Coefficient of greater than about $0.3 \times 10^{-6}$ cm$^2$/min., a tensile modulus of 3 MPa or less, and a short relaxation time constant of greater than about 3.5 seconds, wherein said short relaxation time constant is measured in phosphate-buffered saline solution.

44. An ophthalmic lens having ophthalmically compatible inner and outer surfaces, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids, said lens comprising a polymeric material which has a high oxygen permeability and a high ion permeability, said polymeric material being formed from polymerizable materials comprising at least one polymerizable material comprising:
   (a) at least one oxyperm segment; and
   (b) at least one ionoperm segment,
   wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during a period of extended, continuous contact with ocular tissue and ocular fluids,
   wherein said oxyperm polymerizable mateerial forms a phase or phases substantially separate from the phase of phase formed by said ionoperm polymerizable material,
   wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during a period of extended, continuous contact with ocular tissue and ocular fluids,
   Wherein said ionoperm polymerizable material, if polymerized alone, would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration, and
   Wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized either by (1) an Ionoton Ion Permeability Coeffecient of greater than about$0.2 \times 10^{31}$

5,760,100

6 $cm^2$/sec. or (2) an Ionoflux Diffusion Coefficient of greater than about $1.5 \times 10^{-6}$ $mm^2$min. Wherein said ion permeability is measured with respect to sodium ions.

45. An ophthalmic lens of claim 44, wherein said ophthalmic lens has an oxygen transmissibility of at least about 75 barrers/mm.

46. An ophthalmic lens of claim 45, wherein said ophthalmic lens has an oxygen transmissibility of at least about 87 barrers/mm.

47. An ophthalmic lens of claim 44, wherein said lens has an Ionoflux Diffusion Coefficient of greater than about $1.5 \times 10^{-6}$ $mm^2$/min and wherein said Ionoflux Ion Permeability Coefficient is measured with respect to sodium ions.

48. An ophthalmic lens of claim 44, wherein said lens has a Hydrodell Water Permeability Coefficient of greater than about $0.2 \times 10^{-6}$ $cm^2$/sec.

* * * * *

US005760100B1

# REEXAMINATION CERTIFICATE (4202nd)

## United States Patent [19]
### Nicolson et al.

[11] **B1 5,760,100**
[45] Certificate Issued **Nov. 14, 2000**

[54] **EXTENDED WEAR OPHTHALMIC LENS**

[75] Inventors: **Paul Clement Nicolson**, Dunwoody; **Richard Carlton Baron**, Alpharetta, both of Ga.; **Peter Chabrecek**, Basel, Switzerland; **John Court**, Ultimo, Australia; **Angelika Domschke**, Lörrach, Germany; **Hans Jörg Griesser**, The Patch; **Arthur Ho**, Randwick, both of Australia; **Jens Höpken**, Lörrach, Germany; **Bronwyn Glenice Laycock**, Heidelberg Heights, Australia; **Qin Liu**, Duluth, Ga.; **Dieter Lohmann**, Munchestein, Switzerland; **Gordon Francis Meijs**, Murrumbeena; **Eric Papaspiliotopoulos**, Paddington, both of Australia; **Judy Smith Riffle**, Blacksburg, Va.; **Klaus Schindhelm**, Cherrybrook; **Deborah Sweeney**, Roseville, both of Australia; **Wilson Leonard Terry, Jr.**, Alpharetta, Ga.; **Jürgen Vogt**, Fribourg, Switzerland; **Lynn Cook Winterton**, Alpharetta, Ga.

[73] Assignees: **Ciba Vision Corporation**, Duluth, Ga.; **Commonwealth Scientific and Industrial Research Organisation**, Campbell, Australia

**Reexamination Request:**
No. 90/005,283, Mar. 5, 1999

**Reexamination Certificate for:**
Patent No.: **5,760,100**
Issued: **Jun. 2, 1998**
Appl. No.: **08/569,816**
Filed: **Dec. 8, 1995**

Certificate of Correction issued Jun. 15, 1999.

### Related U.S. Application Data

[63] Continuation-in-part of application No. 08/301,166, Sep. 6, 1994, abandoned.

[30]    **Foreign Application Priority Data**

Apr. 4, 1995  [DE]  Germany .......................... 95810221.2
May 19, 1995  [CH]  Switzerland ........................ 1496/95

[51] Int. Cl.[7] .............. **G02B 1/04**; G02C 7/04; C08G 18/61; C08L 75/04; C08L 83/04
[52] U.S. Cl. ............ **523/106**; 523/107; 525/101; 525/477; 525/903; 525/936; 525/937; 528/28; 528/32; 528/33; 528/45; 351/160 H; 351/247
[58] Field of Search .................. 523/106, 107; 525/477, 937; 528/28, 32, 33, 45

[56]    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| Re. 31,406 | 10/1983 | Gaylord . |
| 2,718,516 | 9/1955 | Bortnick . |
| 3,284,406 | 11/1966 | Nelson . |
| 3,518,324 | 6/1970 | Polmanteer . |
| 3,700,573 | 10/1972 | Laizler . |
| 3,708,225 | 1/1973 | Misch et al. . |
| 3,808,178 | 4/1974 | Gaylord . |
| 3,894,129 | 7/1975 | Hoffman et al. ............... 264/1 |
| 3,916,033 | 10/1975 | Merrill . |
| 3,935,342 | 1/1976 | Lim . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0114894A1 | 7/1983 | European Pat. Off. . |
| 0108886A2 | 9/1983 | European Pat. Off. . |
| 0184729B1 | 11/1985 | European Pat. Off. . |
| 0277771A3 | 1/1988 | European Pat. Off. . |
| 0 295 947 A3 | 6/1988 | European Pat. Off. . |
| 0295947A3 | 6/1988 | European Pat. Off. . |
| 0170141B1 | 7/1988 | European Pat. Off. . |
| 0306756A2 | 8/1988 | European Pat. Off. . |
| 030675B1 | 8/1988 | European Pat. Off. . |
| 0330616A1 | 2/1989 | European Pat. Off. . |
| 0395583A2 | 4/1990 | European Pat. Off. . |
| 0425436A3 | 10/1990 | European Pat. Off. . |

(List continued on next page.)

OTHER PUBLICATIONS

The Journal of Clinical Pharmacology and Therapeutics, vol. 58, No. 5, p. 604. Nov. 1995 edition, which contained the structural formula for Balafilcon A and which was publicly available in Nov. 1995 in the United States (Exhibit A).

The publication in Chemistry and Industry of an article by Kunzler entitled "Contact Lens Materials", Aug. 21, 1995, pp. 651–655 and which was publicly available from Oct. 19, 1995 at the University of New South Wales Library (Exhibit B).

The publication of an article in the Journal of Applied Polymer Science, vol. 55 (1995), pp. 611–619, by Kunzler et al. entitled "Hydrogels Based on Hydrophilic Side–Chain Siloxanes", and which was publicly available from Feb. 21, 1995 at the University of New South Wales Library (Exhibit C).

An article in World Plastics and Rubber Technology (1992), pp. 23–29, entitled "Clear Vision for the Future" by Lai et al. was publicly available from Nov. 16, 1992 at the State Library of New South Wales (Exhibit D).

(List continued on next page.)

*Primary Examiner*—Vasudevan S. Jagannathan

[57]    **ABSTRACT**

An ophthalmic lens suited for extended-wear for periods of at least one day on the eye without a clinically significant amount of corneal swelling and without substantial wearer discomfort. The lens has a balance of oxygen permeability and ion or water permeability, with the ion or water permeability being sufficient to provide good on-eye movement, such that a good tear exchange occurs between the lens and the eye. A preferred lens is a copolymerization product of a oxyperm macromer and an ionoperm monomer. The invention encompasses extended wear contact lenses, which include a core having oxygen transmission and ion transmission pathways extending from the inner surface to the outer surface.

U.S. PATENT DOCUMENTS

| Patent No. | Date | Name |
|---|---|---|
| 3,959,102 | 5/1976 | Wajs et al. . |
| 3,959,105 | 5/1976 | Feneberg et al. . |
| 3,996,187 | 12/1976 | Travnicek . |
| 4,008,198 | 2/1977 | Krohberger et al. . |
| 4,062,627 | 12/1977 | Wajs et al. . |
| 4,095,878 | 6/1978 | Fanti . |
| 4,099,859 | 7/1978 | Merrill . |
| 4,112,207 | 9/1978 | Jones . |
| 4,114,993 | 9/1978 | Travnicek . |
| 4,120,570 | 10/1978 | Gaylord . |
| 4,128,318 | 12/1978 | Sieglaff et al. . |
| 4,136,250 | 1/1979 | Mueller et al. . |
| 4,143,949 | 3/1979 | Chen . |
| 4,152,508 | 5/1979 | Ellis et al. . |
| 4,153,641 | 5/1979 | Deichert et al. . |
| 4,156,066 | 5/1979 | Gould . |
| 4,156,067 | 5/1979 | Gould . |
| 4,166,255 | 8/1979 | Graham . |
| 4,169,119 | 9/1979 | Covington . |
| 4,182,822 | 1/1980 | Chang . |
| 4,186,026 | 1/1980 | Rotenberg et al. . |
| 4,189,546 | 2/1980 | Deichert et al. . |
| 4,195,030 | 3/1980 | Deichert et al. . |
| 4,197,266 | 4/1980 | Clark et al. . |
| 4,198,131 | 4/1980 | Birdsall et al. . |
| 4,208,362 | 6/1980 | Deichert et al. . |
| 4,208,506 | 6/1980 | Deichert et al. . |
| 4,214,014 | 7/1980 | Höfer et al. . |
| 4,217,038 | 8/1980 | Letter et al. . |
| 4,225,631 | 9/1980 | Berger et al. . |
| 4,228,269 | 10/1980 | Loshaek et al. . |
| 4,229,273 | 10/1980 | Wajs . |
| 4,242,483 | 12/1980 | Novicky . |
| 4,245,069 | 1/1981 | Covington . |
| 4,254,248 | 3/1981 | Friends et al. . |
| 4,259,467 | 3/1981 | Keogh et al. . |
| 4,260,725 | 4/1981 | Keogh et al. . |
| 4,261,875 | 4/1981 | LeBoeuf . |
| 4,276,402 | 6/1981 | Chromecek et al. . |
| 4,277,595 | 7/1981 | Deichert et al. . |
| 4,291,953 | 9/1981 | Covington . |
| 4,294,974 | 10/1981 | LeBoeuf . |
| 4,303,772 | 12/1981 | Novicky . |
| 4,312,575 | 1/1982 | Peyman et al. . |
| 4,322,517 | 3/1982 | Deubzer et al. . |
| 4,327,203 | 4/1982 | Deichert et al. . |
| 4,332,922 | 6/1982 | Kossmehl et al. . |
| 4,341,889 | 7/1982 | Deichert et al. . |
| 4,355,135 | 10/1982 | January . |
| 4,355,147 | 10/1982 | Deichert et al. . |
| 4,359,558 | 11/1982 | Gould et al. . |
| 4,365,050 | 12/1982 | Ivani . |
| 4,395,496 | 7/1983 | Wittmann et al. . |
| 4,408,023 | 10/1983 | Gould et al. . |
| 4,410,674 | 10/1983 | Ivani . |
| 4,413,104 | 11/1983 | Deubzer et al. . |
| 4,423,195 | 12/1983 | Covington . |
| 4,424,305 | 1/1984 | Gould et al. . |
| 4,436,887 | 3/1984 | Chromecek et al. . |
| 4,439,583 | 3/1984 | Gould et al. . |
| 4,439,584 | 3/1984 | Gould et al. . |
| 4,439,585 | 3/1984 | Gould et al. . |
| 4,440,918 | 4/1984 | Rice et al. . |
| 4,447,562 | 5/1984 | Ivani . |
| 4,454,295 | 6/1984 | Wittmann et al. . |
| 4,454,309 | 6/1984 | Gould et al. . |
| 4,463,149 | 7/1984 | Ellis . |
| 4,478,981 | 10/1984 | Arkles . |
| 4,486,577 | 12/1984 | Mueller et al. . |
| 4,487,905 | 12/1984 | Mitchell . |
| 4,495,361 | 1/1985 | Friends et al. . |
| 4,496,535 | 1/1985 | Gould et al. . |
| 4,500,676 | 2/1985 | Balazs et al. . |
| 4,527,293 | 7/1985 | Eckstein et al. . |
| 4,528,301 | 7/1985 | Upchurch . |
| 4,543,398 | 9/1985 | Bany et al. . |
| 4,546,123 | 10/1985 | Schäfer et al. . |
| 4,550,139 | 10/1985 | Arkles . |
| 4,555,375 | 11/1985 | Kunzler et al. . |
| 4,563,565 | 1/1986 | Kampfer et al. . |
| 4,576,850 | 3/1986 | Martens . |
| 4,582,884 | 4/1986 | Ratkowaki . |
| 4,582,885 | 4/1986 | Barber . |
| 4,602,074 | 7/1986 | Mizutaki et al. . |
| 4,605,712 | 8/1986 | Mueller et al. . |
| 4,616,045 | 10/1986 | Upchurch . |
| 4,625,007 | 11/1986 | Ellis et al. . |
| 4,626,292 | 12/1986 | Sherman . |
| 4,632,844 | 12/1986 | Yanagihara et al. . |
| 4,632,968 | 12/1986 | Yokota et al. . |
| 4,649,184 | 3/1987 | Yoshikawa et al. . |
| 4,649,185 | 3/1987 | Takamizawa et al. . |
| 4,652,622 | 3/1987 | Friends et al. . |
| 4,659,777 | 4/1987 | Riffle et al. . |
| 4,661,573 | 4/1987 | Ratkowski et al. . |
| 4,663,409 | 5/1987 | Friends et al. . |
| 4,664,657 | 5/1987 | Williamitis et al. . |
| 4,665,145 | 5/1987 | Yokota et al. . |
| 4,666,249 | 5/1987 | Bauman et al. . |
| 4,668,558 | 5/1987 | Barber . |
| 4,696,974 | 9/1987 | Sulc et al. . |
| 4,703,097 | 10/1987 | Wingler et al. . |
| 4,711,943 | 12/1987 | Harvey, III . |
| 4,727,172 | 2/1988 | Yamamoto et al. . |
| 4,731,080 | 3/1988 | Galin . |
| 4,732,715 | 3/1988 | Bawa et al. . |
| 4,737,322 | 4/1988 | Bruns et al. . |
| 4,737,558 | 4/1988 | Falcetta et al. . |
| 4,740,533 | 4/1988 | Su et al. . |
| 4,743,667 | 5/1988 | Mizutani et al. . |
| 4,752,627 | 6/1988 | Froix . |
| 4,769,431 | 9/1988 | Ratkowski . |
| 4,780,488 | 10/1988 | Su et al. . |
| 4,780,515 | 10/1988 | Deichert . |
| 4,792,414 | 12/1988 | Su et al. . |
| 4,803,254 | 2/1989 | Dunks et al. . |
| 4,806,382 | 2/1989 | Goldgerg et al. . |
| 4,810,764 | 3/1989 | Friends et al. . |
| 4,818,801 | 4/1989 | Rice et al. . |
| 4,826,936 | 5/1989 | Eillis . |
| 4,829,137 | 5/1989 | Stoyan . |
| 4,833,262 | 5/1989 | Kunzler et al. . |
| 4,837,289 | 6/1989 | Mueller et al. . |
| 4,840,796 | 6/1989 | Sweet et al. . |
| 4,849,285 | 7/1989 | Dillion . |
| 4,853,453 | 8/1989 | Schafer et al. . |
| 4,857,606 | 8/1989 | Su et al. . |
| 4,859,383 | 8/1989 | Dillion . |
| 4,866,148 | 9/1989 | Geyer et al. . |
| 4,871,785 | 10/1989 | Froix . |
| 4,894,231 | 1/1990 | Moreau et al. . |
| 4,910,277 | 3/1990 | Bambury et al. . |
| 4,920,184 | 4/1990 | Schafer et al. . |
| 4,923,906 | 5/1990 | Mueller et al. . |
| 4,925,668 | 5/1990 | Khan et al. . |
| 4,938,827 | 7/1990 | Leach et al. . |
| 4,940,751 | 7/1990 | Frances et al. . |
| 4,943,150 | 7/1990 | Deichert et al. . |
| 4,943,460 | 7/1990 | Markel et al. . |
| 4,948,485 | 8/1990 | Wallsten et al. . |
| 4,948,855 | 8/1990 | Novicky . |
| 4,948,907 | 8/1990 | Fleischmann et al. . |
| 4,954,586 | 9/1990 | Toyoshima et al. . |
| 4,954,587 | 9/1990 | Mueller . |
| 4,961,954 | 10/1990 | Goldbert et al. . |
| 4,962,178 | 10/1990 | Harisiades . |
| 4,977,229 | 12/1990 | Culberson et al. . |
| 4,983,332 | 1/1991 | Hahn et al. . |
| 4,983,702 | 1/1991 | Mueller et al. . |
| 5,002,979 | 3/1991 | Stoyan . |

| Patent No. | Date | Inventor | Ref |
|---|---|---|---|
| 5,006,622 | 4/1991 | Kunzler et al. | |
| 5,008,115 | 4/1991 | Lee et al. | |
| 5,010,141 | 4/1991 | Mueller | |
| 5,011,275 | 4/1991 | Mueller | |
| 5,013,808 | 5/1991 | Piskoti | |
| 5,019,628 | 5/1991 | Spinelli | |
| 5,023,305 | 6/1991 | Onozuka et al. | |
| 5,032,658 | 7/1991 | Baron et al. | |
| 5,034,461 | 7/1991 | Lai et al. | 525/100 |
| 5,039,769 | 8/1991 | Molock et al. | |
| 5,053,048 | 10/1991 | Pinchik | |
| 5,057,578 | 10/1991 | Spinelli | |
| 5,062,995 | 11/1991 | Wu et al. | |
| 5,070,169 | 12/1991 | Robertson et al. | |
| 5,070,170 | 12/1991 | Robertson et al. | |
| 5,070,215 | 12/1991 | Bambury et al. | |
| 5,073,583 | 12/1991 | Broderick | |
| 5,074,877 | 12/1991 | Nordan | |
| 5,077,335 | 12/1991 | Schwabe et al. | |
| 5,079,878 | 1/1992 | Druskis et al. | |
| 5,080,839 | 1/1992 | Kindt-Larsen | |
| 5,080,924 | 1/1992 | Kamel et al. | |
| 5,084,537 | 1/1992 | Stoyan | |
| 5,091,204 | 2/1992 | Ratner et al. | |
| 5,094,876 | 3/1992 | Goldberg et al. | |
| 5,098,618 | 3/1992 | Zelez | |
| 5,100,689 | 3/1992 | Goldberg et al. | |
| 5,104,213 | 4/1992 | Wolfson | |
| 5,106,930 | 4/1992 | Gupta | |
| 5,115,056 | 5/1992 | Mueller et al. | |
| 5,116,369 | 5/1992 | Kushibiki et al. | |
| 5,128,408 | 7/1992 | Tanaka et al. | |
| 5,128,434 | 7/1992 | Lai | |
| 5,135,297 | 8/1992 | Valint, Jr. | |
| 5,141,748 | 8/1992 | Rizzo | |
| 5,147,396 | 9/1992 | Kageyama et al. | |
| 5,154,861 | 10/1992 | McBriety et al. | |
| 5,157,093 | 10/1992 | Harisiades et al. | |
| 5,158,573 | 10/1992 | Berg | |
| 5,158,717 | 10/1992 | Lai | |
| 5,160,597 | 11/1992 | Colapicchioni et al. | |
| 5,162,396 | 11/1992 | Hilty et al. | |
| 5,162,469 | 11/1992 | Chen | |
| 5,166,298 | 11/1992 | Friedmann et al. | |
| 5,171,607 | 12/1992 | Cumbo | |
| 5,171,809 | 12/1992 | Hilty et al. | |
| 5,177,165 | 1/1993 | Valint, Jr. et al. | |
| 5,177,167 | 1/1993 | Tone et al. | |
| 5,196,493 | 3/1993 | Gruber et al. | |
| 5,219,965 | 6/1993 | Valint, Jr. et al. | |
| 5,236,969 | 8/1993 | Kunzler et al. | |
| 5,238,613 | 8/1993 | Anderson | |
| 5,260,000 | 11/1993 | Nandu et al. | |
| 5,260,001 | 11/1993 | Nandu et al. | |
| 5,264,161 | 11/1993 | Druskis et al. | |
| 5,270,418 | 12/1993 | Kunzler et al. | |
| 5,271,875 | 12/1993 | Appelton | |
| 5,274,008 | 12/1993 | Lai | |
| 5,298,533 | 3/1994 | Nandu et al. | |
| 5,310,779 | 5/1994 | Lai | |
| 5,314,960 | 5/1994 | Spinelli et al. | 525/280 |
| 5,321,108 | 6/1994 | Kunzler et al. | |
| 5,334,681 | 8/1994 | Mueller et al. | |
| 5,336,797 | 8/1994 | McGee et al. | |
| 5,346,946 | 9/1994 | Yokoyama et al. | |
| 5,352,714 | 10/1994 | Lai et al. | |
| 5,357,013 | 10/1994 | Bambury et al. | |
| 5,358,995 | 10/1994 | Lai et al. | |
| 5,364,918 | 11/1994 | Valint, Jr. et al. | |
| 5,371,147 | 12/1994 | Spinelli et al. | 525/288 |
| 5,374,662 | 12/1994 | Lai et al. | |
| 5,378,412 | 1/1995 | Smith et al. | |
| 5,387,632 | 2/1995 | Lai et al. | |
| 5,387,662 | 2/1995 | Kunzler et al. | |
| 5,387,663 | 2/1995 | McGee et al. | |
| 5,420,324 | 5/1995 | Lai et al. | |
| 5,435,943 | 7/1995 | Adams et al. | |
| 5,449,729 | 9/1995 | Lai | 526/286 |
| 5,451,617 | 9/1995 | Lai et al. | |
| 5,451,651 | 9/1995 | Lai | |
| 5,453,467 | 9/1995 | Bamford et al. | |
| 5,456,864 | 10/1995 | Wickes et al. | |
| 5,466,147 | 11/1995 | Appelton et al. | |
| 5,486,579 | 1/1996 | Lai et al. | |
| 5,496,871 | 3/1996 | Lai et al. | |
| 5,512,205 | 4/1996 | Lai | 252/182.14 |
| 5,525,691 | 6/1996 | Valint, Jr. et al. | |
| 5,534,605 | 7/1996 | Bambury et al. | |
| 5,539,016 | 7/1996 | Kunzler et al. | |
| 5,563,184 | 10/1996 | McGee et al. | |
| 5,610,252 | 3/1997 | Bambury et al. | |
| 5,629,360 | 5/1997 | Askari et al. | |
| 5,726,733 | 3/1998 | Lai | |
| 5,804,107 | 8/1998 | Martin et al. | 264/1.36 |
| 5,965,631 | 10/1999 | Nicolson et al. | |

FOREIGN PATENT DOCUMENTS

| Pub No. | Date | Country |
|---|---|---|
| 0461270A1 | 12/1990 | European Pat. Off. |
| 0489185A1 | 12/1990 | European Pat. Off. |
| 0439429A2 | 1/1991 | European Pat. Off. |
| 0 443 005 | 4/1991 | European Pat. Off. |
| 0480238A1 | 9/1991 | European Pat. Off. |
| 0497204A2 | 1/1992 | European Pat. Off. |
| 0528664A1 | 8/1992 | European Pat. Off. |
| 0584764A1 | 8/1993 | European Pat. Off. |
| 0614921A2 | 3/1994 | European Pat. Off. |
| 0620455A2 | 4/1994 | European Pat. Off. |
| 0687550A2 | 6/1994 | European Pat. Off. |
| 0643083A1 | 9/1994 | European Pat. Off. |
| 0686491A2 | 6/1995 | European Pat. Off. |
| 0735097A1 | 3/1996 | European Pat. Off. |
| 0781777A1 | 12/1996 | European Pat. Off. |
| 0782016A2 | 12/1996 | European Pat. Off. |
| 6-122779 | 5/1994 | Japan |
| WO90/09013 | 8/1990 | WIPO |
| WO92/07013 | 4/1992 | WIPO |
| WO 94/15980 | 7/1994 | WIPO |
| WO94/15980 | 7/1994 | WIPO |
| WO95/17689 | 6/1995 | WIPO |
| WO95/20476 | 8/1995 | WIPO |
| WO95/24187 | 9/1995 | WIPO |

OTHER PUBLICATIONS

An article in the Journal of Applied Polymer Science, vol. 56 (1995) entitles "Role of Bulky Polysilaxanylalkyl Methocrylates in Oxygen–Permeable Hydrogel Materials" by Lai et al. and which was publicly available in Apr. 1995 in the United States (Exhibit E).

An article in the Journal of Applied Polymer Science, vol. 56 (1995) entitled "Novel Polyurethane—Silicone Hydrogels" by Lai which was publicly available in Apr. 1995 in the United States (Exhibit F).

An article in Macromolecular Engineering (1995) entiteld "Transparent Multiphasic Oxygen Permeable Hydrogels based on Silaxanic Statistical Copolymers" by Robert et al, which was publicly available in Aug. 1995 in the United States (Exhibit G).

An article in Trends in Polymer Science entitled "Silicone Hydrogels for Contact Lens Application" by Jay F. Kunzler which was publicly available in Feb. 1996 in the United Kingdom (Exhibit H).

An article in the Contact Lens Association of Ophthalmologists Journal ("CLAO"), vol. 13, No. 1 (Jan. 1987) entitled "Gas Permeable Hard Contact Lens Extended Wear: Ocular and Visual Responses to a 6–Month Period of Wear" by Kenneth A. Polse et al., which was publicly available in Jan. 1987 in the United States of America (Exhibit I).

An article in the Contact Lens Association of Ophthalmologists Journal ("CLAO"), vol. 15, No. 2 (Apr. 1989) entitled "Paraperm® EW Lens for Extended Wear" by James E. Key et al., which was publicly available in Apr. 1989 in the United States of America (Exhibit J).

The publication of an article in Biomaterials, vol. 4 (Oct. 1983) entitled "Gas–to–Liquid permeation in silicon–containing crosslinked, glassy copolymers of methyl methacrylate" by Wu–Huang, Michael Yang, et al. which was publicly available in Oct. 1983 in the United States of America (Exhibit K).

The publication of an article in Macromolecular Symposia, vol. 98 entitled "Recent Advances in the Design of Polymers for Contact Lenses" by Gary D. Friends, et al., which was publicly available in Jul. 1995 in the United States of America (Exhibit L).

An article in The British Polymer Journal (Dec. 1976) entitled "Polymers in Contact Lens Applications VI, the 'Dissolved' Oxygen Permeability of Hydrogels and the Design of Materials for use in Continuous–Wear Lenses" by Chiong O. Ng et al., which was publicly available in Dec. 1976 in the United Kingdom (Exhibit M).

An article in the Journal of Japan Contact Lens Society, vol. 21, No. 5 (1979) entitled "Physical Properties of High Water Combined Lens Materials, Compared with Rabbit's Cornea" by Yujl Kosaka et al., which was publicly available in 1979 in Japan (Exhibit N).

The *Medical Device Approval Letter,* vol. IV, No. 1, which was publicly available on line through a number of databases including DIALOG and LEXIS in Jan. 1995 (Exhibit O).

The *Medical Devices, The Diagnostics & Instrumentation Report—"The Grey Sheet",* vol. 21, No. 4, dated Jan. 23, 1995 which was publicly available on line through a number of databases including DIALOG and LEXIS in about Jan. 1995 (Exhibit P).

The B&L US 510(k) application filed with the U.S. Food and Drug Administration ("USFDA") for the Premier 90 (Balafilicon A) contact lens which application was publicly available from the USFDA from Jan. 1995 (Exhibit Q).

Weissman et al., "Cancellation of the Boundary and Edge Effects by Choice of Lens Thickness during Oxygen Permeability Measurement of Contact Lens", Optometry & Vision Science, vol. 66, No. 5, pp. 264–268, (1989).

Hamano et al., "A Study of the Complications Induced by Conventional and Disposable Contact Lenses", The CLAO Journal, vol. 20, pp. 103–110, (1994).

Schein et al., "The Impact of Overnight Wear on the Risk of Contact Lens–Associated Ulcerative Keratitis", Arch. Ophthalmol, vol. 112, pp. 186–190, 91994).

Nilsson et al., "The Hospitalized Cases of Contact Lens Induced Keratitis in Sweden and their Relation to Lens Type and Wear Schedule; Results of a Three–Year Retrospective Study", The CLAO Journal, vol. 20, pp. 97–101, (1994).

Goyal et al., "Corneal Ulcers in Patients with Disposable Extended–Wear Contact Lenses", Ann. Ophthalmol—Glaucoma, vol. 26, pp. 194–199, (1994).

Schein et al., "The Relative Risk of Ulcerative Keratitis Among Users of Daily–Wear and Extended–Wear Soft Contact Lenses", The New England Journal of Medicine, vol. 321, pp. 773–776, (1989).

Solomon et al., "Testing Hypotheses for Risk Factors for Contact Lens–Associate Infectious Keratitis in an Animal Model", The CLAO Journal, vol. 20, pp. 109–113, (1994).

Poggio et al., "Complications and Symptons in Disposable Extended Wear Lenses Compared with Conventional Sofy Daily Wear and Soft Extended Wear Lenses", The CLAO Journal, vol. 19, pp. 31–39, (1993).

Poggio et al., "The Incidence of Ulcerative Keratitis Among Users of Daily–Wear and Extended–Wear Soft Contact Lenses", The New England Journal of Medicine, vol. 321, pp. 779–783, (1989).

McRae et al., "Corneal Ulcer and Adverse Reaction Rates in Premarket Contact Lens Studies", American Journal of Ophthalmology, vol. 111, pp. 457–465, (1991).

Grant et al., "Extended Wear of Hydrogel Lenses", Problems in Optometry, vol. 2, pp. 599–622, (1990).

Brennan et al., "Extended Wear in Perspective", Optometry and Vision Science, vol. 74, 609–623, (1997).

Winterton et al., "Coulometric Method for Measuring Oxygen Flux and Dk of Contact Lenses and Lens Materials", vol. 14, No. 11, 1987, pp. 441–449, (1987).

Winterton et al., "Coulometrically Determined Oxygen Flux and Resultant Dk of Commercially Available Contact Lenses", vol. 15, pp. 117–123, (1988).

Holden et al., "The Dk Project: An Interlaboratory Comparison of Dk/L Measurements", Optometry and Vision Science, vol. 67, pp. 476–481, (1989).

Winterton et al., "Coulometric Method for Measuring Oxygen Flux and Dk of Contact Lenses and Lens Materials", The Cornea: Transactions of The World Congress on The Cornea III, Raven Press, Chapter 47, pp. 273–280, (1988).

Alvord et al., "Oxygen Permeability of a New Type of High Dk Soft Contact Lens Material", Optometry and Vision Science, vol. 75, pp. 30–36, (1998).

Holden et al., "Critical Oxygen Levels to Avoid Corneal Edema for Daily and Extended Wear Contact Lenses", Investigative Opthalmology & Visual Science, vol. 25, pp. 2–8, (1983).

Domschke et al., "Morphology Requirements For On–Eye Mobility of Soft Oxygen Permeable Contact Lenses", Business and Technology Innovation, Ciba Vision.

Kirk Othmer Encyclopedia of Chemical Technology (chapter on contact lenses), pp. 720–741.

Ciba Vision Corporation, a Delaware corporation vs. Bausch & Lomb Incorporated, a New York Corporation—Counter Claims—United States District Court for the Northern District of Georgia (Gainesville)—pp. 22–28 with Exhibit F—Apr. 19, 1999.

Ciba Vision Corporation, a Delaware corporation vs. Bausch & Lomb Incorporated, a New York Corporation—Memorandum in Opposition to CIBA's Motion for a Temporary Restraining Order and a Preliminary Injunction—Unites States District Court for the Northern District of Georgia (Gainesville) pp. 2–17 with Exhibits A–F and J.

In the Federal Court of Australia Victoria District Registry—Defence and Cross–Claim—No. V81 of 2000—Jun. 2, 2000.

Releasable 510(k) No. K972454—Aug. 8, 1997—Lenses, Soft Contact, Daily Wear.

Releasable 510(k) No. K944895—Dec. 8, 1994—Contact Lenses.

Letter from Edward W. Remus to Michael O. Sutton, Esq.—Apr. 4, 2000—RE: CIBA Vision Corporation v. Bausch & Lomb Incorporated.

Letter from Mr. Edward W. Remus of McAndrews, Held & Malloy, Ltd. to Kenneth L. Cage, Esq. at McDermott, Will & Emery—RE: CIBA Vision Corporation v. Bausch & Lomb Incorporated—Jun. 5, 2000.

Letter from Richard T. McCaulley Jr. of McAndrews, Held & Malloy, Ltd., to Michael O. Sutton at Sidley & Austin—RE: CIBA Vision Corp v. Bausch & Lomb Inc. Civil Action No. 99–0034–WCO—Jun. 23, 2000.

Letter from Kenneth L. Cage of McDermott, Will & Emery to Edward W. Remus at AcAndrews, Held & Molloy, LTD.—RE: CIBA Vision Corporation v. Bausch & Lomb Incorporated—May 25, 2000.
Letter from Kenneth L. Cage of McDermott, Will & Emery to Colleague—RE: CIBA Vision Corporation v. Bausch and Lomb, Incorporated U.S. Patent Reexamination Proceedings U.S. Patent Nos. 5,760,100: 5,849,811: 5,789,461; and 5,776,999.
Letter from Carol Kirby of The University of New South Wales to Mr. R. Hearhard at CIBA Vision Corporation—Jul. 7, 2000—RE: Rule 56 Inquiry—UNSW CCLRU.
Letter from Michael O. Sutton of Sidley & Austin to Kenneth Cage at McDermott, Will and Emer and to Richard Gearhart at CIBA Vision Corporation—Jul. 12, 2000—RE: CIBA vision Corporation v. Bausch & Lomb, Inc. (16008/00101).
Letter from Michael O. Sutton to Edward W. Remus, Esq.—Dec. 10, 1999.
Letter from Michael O. Sutton to Edward W. Remus, Esq.—Dec. 14, 1999.
Letter from Edward W. Remus, Esq. to Michael O. Sutton—Dec. 17, 1999.
Letter from Michael O. Sutton to Edward W. Remus, Esq.—Dec. 22, 1999.
Letter from Edward W. Remus,. to Michael O. Sutton—Jan. 3, 2000.
Letter from Michael O. Sutton to Edward W. Remus—Jan. 4, 2000.
Letter from Edward W. Remus to Michael O. Sutton—Jan. 6, 2000.
Letter from Michael O. Sutton to Edward W. Remus—Jan. 12, 2000.
Letter from Russell Wheatley to Edward W. Remus—Jan. 31, 2000.
Letter from Edward W. Remus to Michael O. Sutton—Feb. 2, 2000.
Letter from Edward W. Remus to Michael O. Sutton—Feb. 7, 2000.
Letter from Michael O. Sutton to Edward W. Remus—Feb. 10, 2000.
Letter from Edward W. Remus to Michael O. Sutton—Feb. 18, 2000.
Letter from Michael O. Sutton to Edward W. Remus—Mar. 23, 2000.
Letter from Edward W. Remus to Michael O. Sutton—Mar. 30, 2000.
Letter from Michael O. Sutton to Edward W. Remus—Apr. 3, 2000.
Letter from Michael O. Sutton to Edward W. Remus—Jun. 19, 2000.
Letter from Edward W. Remus to Michael O. Sutton—Jun. 30, 2000.
SILSOFT® (elastofilcon A) Contact Lenses For Aphakic Daily and Extended Wear, Fitting Guide, pp. 1–5, Bausch & Lomb, Sep., 1989.
Edelhauser et al. 'Oxygen, calcium, lactate, chloride, and sodium permeability of soft contact lenses,' in: Gasset et al., 'Soft Contact Lens' (The C. V. Mosby Company, Saint Louis), pp. 37–43, 1972.
Refojo et al., 'Permeability of Dissolved Oxygen through Contact lenses I. Cellulose Acetate Butyrate,' 'Contact and Intraocular Lens Medical Journal,' vol. 3, pp. 27–33, 1977.
Declaration of Dr. David J. Heiler, 1999.
Translation of Japanese patent JP 6–122779, May 1994.
"Hawley's Condensed Chemical Dictionary," Twelfth edition, New York, Van Nostrand Reinhold Co., p. 28, 1993.
Designated "Highlighted" Pages of Deposition of Yu–Chin–Lai, Nov. 17, 1999 (Note: This Information is Subject to Protective Order—Not Open to Public, Only by Examiner or Other Authorized Patent and Trademark Office Employee).
R & D Clinical Report, with "Highlighted" Portions, Feb. 7, 1994 (Note: This Information is Subject to Protective Order—Not Open to Public, Only by Examiner or Other Authorized Patent and Trademark Office Employee).
Designated "Highlighted" Pages of Deposition of Paul Nicolson, Nov. 10, 1999 (Note: This Information is Subject to Protective Order—Not Open to Public, Only by Examiner or Other Authorized Patent and Trademark Office Employee).
Distribution with "Highlighted" Pages (Note: This Information is Subject to Protective Order—Not Open to Public, Only by Examiner or Other Authorized Patent and Trademark Office Employee).
Bausch & Lomb Incorporated's Opposition to CIBA Corporation's Motion to Permit Certain Attorney's to have access to Information Under the Stipulated Protective Order (with Exhibits A–J) (Note: This Information is Subject to Protective Order—Not Open to Public, Only by Examiner or Other Authorized Patent and Trademark Office Employee).
Defendant Bausch & Lomb Incorporated's Opposition to CIBA Corporation's Motion to Use Evidence from this case at the Reexamination Proceedings (with Exhibits A–J) (Note: This Information is Subject to Protective Order—Not Open to Public, Only by Examiner or Other Authorized Patent and Trademark Office Employee).
Memorandum in Support of CIBA's Motion to Use Evidence from this Case in the Reexamination Proceedings ("CIBA Motion") (with Exhibits 1–8) (Note: This Information is Subject to Protective Order—Not Open to Public, Only by Examiner or Other Authorized Patent and Trademark Office Employee).
Reply Brief in Support of CIBA VISION Corporation's Motion to use Evidence from this Case in the Reexamination Proceedings ("CIBA Reply") (with Exhibits 1–7) (Note: This Information is Subject to Protective Order—Not Open to Public, Only by Examiner or Other Authorized Patent and Trademark Office Employee).
U.S. Prosecution History of U.S. Pat. No. 5,034,461.
U.S. Prosecution History of U.S. Pat. No. 5,451,617.
U.S. Prosecution History of U.S. Pat. No. 5,486,579.
Mandell, R.., *Contact Lens Practice, Fourth Edition,* Springfield, IL, pp. 520–521 (1988).
Lai, Yu–Chin, "The Role of Bulky Polysiloxanylalkyl Methacrylates in Oxygen Permeable Hydrogel Materials," ACS Workshop–Hyphenated Methods In Polymer Spectroscopy, *Polymeric Materials Science and Engineering,* vol. 69, Fall Meeting, Chicago, IL, pp. 228–231 (1993).
Fatt, I., et al., "Measuring Oxygen Permeablilty of Gas Permeable Hard and Hydrogel Lenses and Flat Samples in Air," vol. 14, No. 10 (Oct. 1987) pp. 389–401 (Oct. 1987).
Lai, Yu, et al., "Surface Wettability Enhancement of Silicone Hydrogel Lenses by Processing with Polar Plastic Molds," *J. of Biomed. Mat. Res.,* vol. 35:3, pp. 349–356 (1997).
Lai, Yu, et al., "Synthesis and Characterization of α,ω–Bis(4–hydroxybutyl) Polydimethylesiloxane," *Polymer Prerints,* 35:2, American Chemical Society (Aug. 1994).

# REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

ONLY THOSE PARAGRAPHS OF THE SPECIFICATION AFFECTED BY AMENDMENT ARE PRINTED HEREIN.

Column 11, lines 42–50:

An Ionoflux Diffusion Coefficient of greater than about [$6.4 \times 10^{-6}$] *$1.5 \times 10^{-6}$* mm$^2$/min is preferred for achieving sufficient on-eye movement. More preferably, the Ionoflux Diffusion Coefficient is greater than about $2.6 \times 10^{-6}$ mm$^2$/min, while most preferably, the Ionoflux Diffusion Coefficient is greater than about [$1.5 \times 10^{-6}$] *$6.4 \times 10^{-6}$* mm$^2$/min. It must be emphasized that the Ionoflux Diffusion Coefficient correlates with ion permeability through the lens, and thereby is a predictor of on-eye movement.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claim **30** is cancelled.

Claims **1**, **31** and **44** are determined to be patentable as amended.

Claims **2–29**, **32–43** and **45–48**, dependent on an amended claim, are determined to be patentable.

New claims **49–64** are added and determined to be patentable.

1. An ophthalmic lens having *a surface modified by a surface treatment process, said lens having* ophthalmically compatible inner and outer surfaces, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids *while having adequate movement on the eye with blinking to promote adequate tear exchange and without producing significant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear of at least 24 hours*, said lens comprising a polymeric material which has a high oxygen permeability and a high ion permeability, said polymeric material being formed from polymerizable materials comprising:

(a) at least one oxyperm polymerizable material and
(b) at least one ionoperm polymerizable material,

wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during [a] *the* period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said oxyperm polymerizable material forms a phase or phases substantially separate from the phase or phases formed by said ionoperm polymerizable material,

wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during [a] *the* period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said ionoperm polymerizable material, if polymerized alone would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration, and

wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized either by (1) an Ionoton Ion Permeability Coefficient of greater than about $0.2 \times 10^{-6}$ cm$^2$/sec[.] *or* (2) an Ionoflux Diffusion Coefficient of greater than about $1.5 \times 10^{-6}$ mm$^2$/min. wherein said ion permeability is measured with respect to sodium ions.

31. An ophthalmic lens of claim [**30**] *1*, wherein said period of extended continuous contact is at least 4 days.

44. An ophthalmic lens having *a surface modified by a surface treatment process, said lens having* ophthalmically compatible inner and outer surfaces, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids *while having adequate movement on the eye with blinking to promote adequate tear exchange and without producing significant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear of at least 24 hours*, said lens comprising a polymeric material which has a high oxygen permeability and a high ion permeability, said polymeric material being formed from polymerizable materials comprising at least one polymerizable material comprising:

(a) at least one oxyperm segment; and
(b) at least one ionoperm segment,

wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during [a] *the* period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said oxyperm segment forms a phase or phases substantially separate from the phase [of phase] *or phases* formed by said ionoperm segment,

wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during [a] *the* period of extended, continuous contact with ocular tissue and ocular fluids,

[Wherein] *wherein* said ionoperm segment, if polymerized alone, would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration, and

[Wherein] *wherein* said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized either by (1) an Ionoton Ion Permeability Coefficient of greater than about $0.2 \times 10^{-6}$ cm$^2$/sec[.] *or* (2) an Ionoflux Diffusion Coefficient of greater than about $1.5 \times 10^{-6}$ mm$^2$/min, [Wherein] *wherein* said ion permeability is measured with respect to sodium ions.

49. *An ophthalmic lens comprising a core material surrounded, at least in part, by a surface modified by a surface treatment process, said lens having ophthalmically compatible inner and outer surfaces which are more hydrophilic and lipophobic than the core material, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids while providing adequate movement on the eye with blinking to promote adequate tear exchange and without producing significant*

corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear at least 24 hours, said lens comprising a polymeric material which has a high oxygen permeability and a high ion permeability, said polymeric material being formed from polymerizable materials comprising:

(a) at least one oxyperm polymerizable material and

(b) at least one ionoperm polymerizable material,

wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said oxyperm polymerizable material forms a phase of phases substantially separate from the phase or phases formed by said ionoperm polymerizable material,

wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said ionoperm polymerizable material, if polymerized alone would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration, and

wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized either by (a) an Ionoton Ion Permeability Coefficient of greater than about $0.2 \times 10^{-6}$ $cm^2$/sec, or (2) an Ionoflux Diffusion Coefficient of greater than about $1.5 \times 10^{-6}$ $mm^2$/min, wherein said ion permeability is measured with respect to sodium ions.

50. An ophthalmic lens comprising a core material surrounded, at least in part, by a surface modified by a surface treatment process, said lens having ophthalmically compatible inner and outer surfaces which are more hydrophilic and lipophobic than the core material, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids while having adequate movement on the eye with blinking to promote adequate tear exchange and without producing significant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear of at least 4 days, said lens comprising a polymeric material which has a high oxygen permeability equal to or greater than about 69 barrers and a high ion permeability, said polymeric material being formed from polymerizable materials polymerized in an atmosphere substantially free of oxygen comprising:

(a) at least one oxyperm polymerizable material and

(b) at least one ionoperm polymerizable material,

wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said oxyperm polymerizable material forms a phase or phases substantially separate from the phase or phases formed by said ionoperm polymerizable material,

wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said ionoperm polymerizable material, if polymerized alone would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration, and

wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized either by (1) an Ionoton Ion Permeability Coefficient of greater than about $0.2 \times 10^{-6}$ $cm^2$/sec or (2) an Ionoflux Diffusion Coefficient of greater than about $1.5 \times 10^{-6}$ $mm^2$/min, wherein said ion permeability is measured with respect to sodium ions.

51. An ophthalmic lens comprising a core material surrounded, at least in part, by a surface modified by a surface treatment process, said lens having ophthalmically compatible inner and outer surfaces which are more hydrophilic and lipophobic than the core material, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids with adequate movement on the eye with blinking to promote adequate tear exchange and without producing significant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear of at least 4 days, said lens comprising a polymeric material which has a high oxygen permeability of equal to or greater than about 72 barrers and a high ion permeability, said polymeric material being formed from polymerizable materials comprising:

(a) at least one oxyperm polymerizable material and

(b) at least one ionoperm polymerizable material,

wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said oxyperm polymerizable material forms a phase or phases substantially separate from the phase or phases formed by said ionoperm polymerizable material,

wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said ionoperm polymerizable mateiral, if polymerized alone would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration, and

wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized either by (1) an Ionton Ion Permeability Coefficient of greater than about $0.2 \times 10^{-6}$ $cm^2$/sec or (2) an Ionoflux Diffusion Coefficient of greater than about $1.5 \times 10^{-6}$ $mm^2$/min, wherein said ion permeability is measured with respect to sodium ions.

52. An ophthalmic lens having a surface modified by a surface treatment process, said lens having ophthalmically compatible inner and outer surfaces, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids without strong adherence to the ocular tissue to inhibit adequate movement on the eye with blinking to promote adequate tear exchange, without producing significant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of

wear of at least 24 hours, said lens comprising a polymeric material which has a high oxygen permeability equal to or greater than about 69 barrers and a high ion permeability, said polymeric material being formed from polymerizable materials comprising:

(a) at least one oxyperm polymerizable material and

(b) at least one ionoperm polymerizable material,

wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said oxyperm polymerizable material forms a phase or phases substantially separate from the phase or phases formed by said ionoperm polymerizable material,

wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said ionoperm polymerizable material, if polymerized alone would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration, and

wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized by an Ionton Ion Permeability Coefficient of greater than about $8.0 \times 10^{-6}$ $cm^2/sec$, wherein said ion permeability is measured with respect to sodium ions.

53. An ophthalmic lens having a surface modified by a surface treatment process, said lens having ophthalmically compatible inner and outer surfaces, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids with adequate movement on the eye with blinking to promote adequate tear exchange and without producing significant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear of at least 7 days, said lens comprising a polymeric material which has a high oxygen permeability equal to or greater than about 72 barrers and a high ion permeability, said polymeric material being formed from polymerizable materials comprising:

(a) at least one oxyperm polymerizable material and

(b) at least one ionoperm polymerizable material,

wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said oxyperm polymerizable material forms a phase or phases substantially separate from the phase or phases formed by said ionoperm polymerizable material,

wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said ionoperm polymerizable material, if polymerized alone would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration,

wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized by an Ionoton Ion Permeability Coefficient of greater than about $250.0 \times 10^{-6}$ $cm^2/sec$, wherein said ion permeability is measured with respect to sodium ions, and

wherein said lens has a visible light transmission of at least 80% without any significant undesirable image distortion.

54. An ophthalmic lens comprising a core material surrounded, at least in part, by a surface modified by a surface treatment process, said lens having ophthalmically compatible inner and outer surfaces which are more hydrophilic and lipophobic than the core material, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids without strong adherence to the ocular tissue to inhibit adequate movement on the eye with blinking to promote adequate tear exchange, without producing significant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear of at least 30 days, said lens comprising a polymeric material which has a high oxygen permeability and a high ion permeability, said polymeric material being formed from polymerizable materials comprising:

(a) at least one oxyperm polymerizable material and

(b) at least one ionoperm polymerizable material,

wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said oxyperm polymerizable material forms a phase or phases substantially separate from the phase or phases formed by said ionoperm polymerizable material,

wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said ionoperm polymerizable material, if polymerized alone would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration, and

wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized by an Ionoton Ion Permeability Coefficient of greater than about $350.0 \times 10^{-6}$ $cm^2/sec$ wherein said ion permeability is measured with respect to sodium ions.

55. An ophthalmic lens comprising a core material surrounded, at least in part, by a surface modified by a plasma surface treatment process, said lens having ophthalmically compatible inner and outer surfaces having greater surface hydrophilicity than the core material of said lens, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids with adequate movement on the eye with blinking to promote adequate tear exchange and without producing significant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear of at least 24 hours, said lens comprising a polymeric material which has a high oxygen permeability and a high ion permeability, said polymeric material being formed from polymerizable materials comprising:

7

(a) at least one oxyperm polymerizable material and
(b) at least one ionoperm polymerizable material,
wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during the period of extended, continuous contact with ocular tissue and ocular fluids,
wherein said oxyperm polymerizable material forms a phase or phases substantially separate from the phase or phases formed by said ionoperm polymerizable material,
wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during the period of extended, continuous contact with ocular tissue and ocular fluids,
wherein said ionoperm polymerizable material, if polymerized alone would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration, and
wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized by an Ionoflux Diffusion Coefficient of greater than about $6.4 \times 10^{-6}$ $mm^2/min$, wherein said ion permeability is measured with respect to sodium ions.

56. An ophthalmic lens having ophthalmically compatible inner and outer surfaces, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids with adequate movement on the eye with blinking to promote adequate tear exchange and without producing significant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear of at least 24 hours, said lens comprising a polymeric material which has a high oxygen permeability and a high ion permeability, said polymeric material being formed from polymerizable materials comprising:

(a) at least one oxyperm polymerizable material and
(b) at least one ionoperm polymerizable material,
wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during the period of extended, continuous contact with ocular tissue and ocular fluids,
wherein said oxyperm polymerizable material forms a phase or phases substantially separate from the phase or phases formed by said ionoperm polymerizable material,
wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during the period of extended, continuous contact with ocular tissue and ocular fluids,
wherein said ionoperm polymerizable material, if polymerized alone would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration,
wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized by an Ionoflux Diffusion Coefficient of greater than about $2.6 \times 10^{-6}$ $mm^2/min$, wherein said ion permeability is measured with respect to sodium ions, and
wherein said lens is autoclaved without lowering either said oxygen permeability or said ion permeability

8

below levels sufficient to maintain good corneal health and on-eye movement.

57. An ophthalmic lens comprising a core material surrounded, at least in part, by a surface modified by a plasma surface treatment process, said lens having ophthalmically compatible inner and outer surfaces having greater surface hydrophilicity than the core material of said lens, said lens being plasma surface treated in the presence of (a) a $C_{1-6}$ alkane and (b) a gas selected from the group consisting of nitrogen, argon, oxygen and mixtures thereof, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids with adequate movement on the eye with blinking to promote adequate tear exchange and without producing significant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear of at least 24 hours, said lens comprising a polymeric material which has a high oxygen permeability and a high ion permeability, said polymeric material being formed from polymerizable materials comprising:

(a) at least one oxyperm polymerizable material and
(b) at least one ionoperm polymerizable material,
wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during the period of extended, continuous contact with ocular tissue and ocular fluids,
wherein said oxyperm polymerizable material forms a phase or phases substantially separate from the phase or phases formed by said ionoperm polymerizable material,
wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during the period of extended, continuous contact with ocular tissue and ocular fluids,
wherein said ionoperm polymerizable material, if polymerized alone would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration, and
wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized by an Ionoflux Diffusion Coefficient of greater than about $6.4 \times 10^{-6}$ $mm^2/min$, wherein said ion permeability is measured with respect to sodium ions.

58. An ophthlamic lens of claims 49, 50, 51, 52, 53, 54, 55 or 57, wherein said lens is produced by a manufacturing method without lowering either said oxygen permeability or said ion permeability below levels sufficient to maintain good corneal health and on-eye movement.

59. An ophthalmic lens having a surface modified by a surface treatment process, said lens having ophthalmically compatible inner and outer surfaces, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids with adequate movement on the eye with blinking to promote adequate tear exchange and without producing signficiant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear of at least 24 hours, said lens comprising a polymeric material which has a high oxygen permeability and a high ion permeability, said polymeric material being formed from polymerizable materials comprising at least one polymerizable material comprising:

9

(a) at least one oxyperm segment; and

(b) at least one ionoperm segment,

wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said oxyperm segment forms a phase or phases substantially separate from the phase or phases formed by said ionoperm segment,

wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfort is acceptable during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said ionoperm segment, if polymerized alone, would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration,

wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized by an Ionoton Ion Permeability Coefficient of greater than about $8.0 \times 10^{-6}$ $cm^2$/sec, wherein said ion permeability is measured with respect to sodium ions, and

wherein said lens does not have any significant undesirable image distortion.

60. An ophthalmic lens having ophthalmically compatible inner and outer surfaces, said lens being suited to extended periods of wear in continuous, intimate contact with ocular tissue and ocular fluids with adequate movement on the eye with blinking to promote adequate tear exchange and without producing significant corneal swelling, without having substantial amounts of lipid adsorption, and without causing substantial wearer discomfort during a period of wear of at least 24 hours, said lens comprising a polymeric material which has a high oxygen permeability and a high ion permeability, said polymeric material being formed from polymerizable materials comprising at least one polymerizable material comprising:

(a) at least one oxyperm segment; and

(b) at least one ionoperm segment,

10

wherein said lens allows oxygen permeation in an amount sufficient to maintain corneal health and wearer comfort during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said oxyperm segment forms a phase or phases substantially separate from the phase or phases formed by said ionoperm segment,

wherein said lens allows ion or water permeation via ion or water pathways in an amount sufficient to enable the lens to move on the eye such that corneal health is not substantially harmed and wearer comfrot is acceptable during the period of extended, continuous contact with ocular tissue and ocular fluids,

wherein said ionoperm segment, if polymerized alone would form a hydrophilic polymer having a water content of at least 10 weight percent upon full hydration,

wherein said ophthalmic lens has an oxygen transmissibility of at least about 70 barrers/mm and an ion permeability characterized by an Ionoflux Ion Permeability Coefficient of greater than about $6.4 \times 10^{-6}$ $mm^2$/min, wherein said ion permeability is measured with respect to sodium ions, and

wherein said lens is autoclaved without lowering either said oxygen permeability or said ion permeability below levels sufficient to maintain good corneal health and on-eye movement.

61. An ophthalmic lens of claims 49, 50, 51, 52, 59 or 60, wherein said ophthalmic lens has an oxygen transmissibility of at least about 75 barrers/mm.

62. An ophthalmic lens of claims 49, 50, 51, 52, 59 or 60, wherein said ophthalmic lens has an oxygen transmissibility of at least about 87 barrers/mm.

63. An ophthalmic lens of claims 49, 50, 51, 52, 53, 54, 55, 57, or 59 wherein said lens is autoclaved without lowering either said oxygen permeability or said ion permeability below levels sufficient to maintain good corneal health and on-eye movement.

64. An ophthalmic lens of claim 49, 50, 51, 52, or 59 wherein said surface treatment process is a plasma surface treatment process and said period of extended wear is at least 7 days.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,760,100                    Page 1 of 4

DATED : June 2, 1998

INVENTOR(S) : Nicolson, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 11, ln. 43 reads "$6.4 \times 10^6$" and should read --$6.4 \times 10^{-5}$--

Col. 69, ln. 26 reads "lens having ophthalnically compatible" and should read --lens having ophthalmically compatible--

Col. 69, ln. 39 reads "wherein said oxyperm polymerizablea" and should read --wherein said oxyperm polymerizable--

Col. 69, ln. 40 reads "phases substantially seperate" and should read --phases substantially separate--

Col. 69, ln. 46 reads "substantially hared" and should read --substantially harmed--

Col. 69, ln. 49 reads "wherein said ionoperm polyrnerizable" and should read --wherein said ionoperm polymerizable--

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,760,100  Page 2 of 4

DATED : June 2, 1998

INVENTOR(S) : Nicolson, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 69, ln. 51 reads "a water content of atleast" and should read --a water content of at least--

Col. 69, ln. 55 reads "permeability characteized" and should read --permeability characterized--

Col. 69, ln. 58 reads "greater than about $1.5 \times 10^{31 \, 6}$" and should read --greater than about $1.5 \times 10^{-6}$--

Col. 70, ln. 57 reads "ability Coefficeint" and should read --ability Coefficient--

Col. 70, ln. 59 reads "an Ionoflux Diffuision" and should read --an Ionoflux Diffusion--

Col. 71, ln. 30 reads "An ophthlamic lens" and should read --An ophthalmic lens--

Col. 71, ln. 32 reads "any clinically signficant" and should read "any clinically significant--

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION
Page 3 of 4

PATENT NO. : 5,760,100

DATED : June 2, 1998

INVENTOR(S) : Nicolson, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 72, ln. 67 reads "Coeffecient of greater than about $0.2 \times 10^{31\,6}$" and should read --Coefficient of greater than about $0.2 \times 10^{-6}$--

Col. 73, ln. 2 reads "about $1.5 \times 10^{-6} mm^2 min.$" and should read --about $1.5 \times 10^{-6} mm^2/min.$--

Col. 73, ln. 3 reads "with respect to sodiumn ions." and should read --with respect to sodium ions.--

Col. 74, lns. 3 and 4 reads ""Ion Pemeability Coefficient" and should read --Ion Permeability Coefficient--

Col. 71, ln. 60 reads "lens of claim 26" and should read --lens of claim 36--

Col. 71, ln. 66 reads "lens of claim 26" and should read --lens of claim 36--

Col. 72, ln. 7 reads "$cm^2/min.$" and should read --$cm^2/sec.$--

Col. 72, ln. 9 reads "lens of claim 1" and should read --lens of claim 36--

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,760,100    Page 4 of 4
DATED : June 2, 1998
INVENTOR(S) : Nicolson, et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 72, ln. 31 reads "$cm^2$/min." and should read --$cm^2$/sec.--

Col. 72, ln. 49 reads "said oxyperm polymerizable mateerial forms" and should read --said oxyperm segment forms--

Col. 72, ln. 52-53 reads "said ionoperm polymerizable material." and should read --said ionoperm segment.--

Col. 72, ln. 60 reads "said ionoperm polymerizable material." and should read --said ionoperm segment.--

Signed and Sealed this

Fifteenth Day of June, 1999

Attest:

Q. TODD DICKINSON

Attesting Officer    Acting Commissioner of Patents and Trademarks