IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC. | ) |
|       Plaintiff. | ) ) ) |
| v. | ) C.A. No. _____ |
| CIBA VISION CORP., | ) ) ) |
|       Defendant. | ) ) |

PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff states that:

1. Plaintiff CooperVision, Inc. has a parent, TCC Acquisition Corp., which is a wholly-owned subsidiary of The Cooper Companies, Inc.

2. The Cooper Companies, Inc. owns 10% or more of the stock of CooperVision, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
  Attorneys for Plaintiff
  CooperVision, Inc.

April 11, 2006