IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COOPERVISION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-239-SLR |
| | ) | |
| CIBA VISION CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED by CooperVision, Inc. ("CooperVision") and CIBA

Vision Corp. ("CIBA"), that the time for CIBA to move, answer, or otherwise plead in response

to the Complaint is further extended to and including July 5, 2006.

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**    **YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Jack B. Blumenfeld*    */s/ Karen L. Pascale*

Jack B. Blumenfeld (#1014)    Karen L. Pascale (#2903)
1201 North Market Street    The Brandywine Building
P.O. Box 1347    1000 West St., 17th Floor
Wilmington, DE 19899    P.O. Box 391
Phone: 302-658-9200    Wilmington, Delaware 19899-0391
    Phone: 302-571-6600

*Attorneys for Plaintiff,*
*CooperVision, Inc.*

*Attorneys for Defendant,*
*CIBA Vision Corp.*

SO ORDERED this _____ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 22, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> jbbefiling@mnat.com

I further certify that on May 22, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel of record by e-mail [jblumenfeld@mnat.com] and hand delivery, and on the following non-registered participants in the manner indicated below:

> ### *By E-Mail and First Class Mail*
>
> Morgan Chu [mchu@irell.com]
> David I. Gindler [dgindler@irell.com]
> IRELL & MANELLA LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA 90067
> (310) 277-1010

> YOUNG, CONAWAY STARGATT & TAYLOR, LLP
>
> *(signature)*
>
> Karen L. Pascale (No. 2903)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> (302) 571-6600
> kpascale@ycst.com

> *Attorneys for Defendant, CIBA Vision Corp.*