IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 06-239-SLR |
| ) | |
| CIBA VISION CORP., ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorney to represent the defendant, CIBA Vision Corp., in this matter:

> John P. Iwanicki
> BANNER & WITCOFF, LTD.
> 28 State Street
> 28th Floor
> Boston, MA 02109
> Phone: (617) 720-9600
> jiwanicki@bannerwitcoff.com

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this motion.

October 3, 2006

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen L. Pascale

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of John P. Iwanicki is GRANTED.

Date: _____ _____, 2006   _____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of Massachusetts and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 28, 2006

/s/ John P. Iwanicki
John P. Iwanicki
BANNER & WITCOFF, LTD.
28 State Street
28th Floor
Boston, MA 02109
Phone: (617) 720-9600
jiwanicki@bannerwitcoff.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on October 3, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jbbefiling@mnat.com

I further certify that on October 3, 2006, I caused a copy of the foregoing document to be served on the above-listed counsel of record by e-mail [jblumenfeld@mnat.com], and on the following pro hac vice counsel in the manner indicated below:

>*By E-Mail*
>
>Morgan Chu [mchu@irell.com]
>David I. Gindler [dgindler@irell.com]
>IRELL & MANELLA LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA  90067
>(310) 277-1010

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen L. Pascale
>_____
>Karen L. Pascale (No. 2903)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>kpascale@ycst.com
>
>*Attorneys for Defendant, CIBA Vision Corp.*