IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-239 (SLR) |
| ) | |
| CIBA VISION CORP., ) | |
| ) | |
| Defendant. ) | |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of CooperVision's First Set of Interrogatories and CooperVision's First Set of Requests for Production were caused to be served on October 23, 2006 upon the following in the manner indicated:

BY HAND

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

BY FEDERAL EXPRESS

Timothy C. Meece
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL  60606

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           */s/ Leslie Polizoti (#4299)*

           Jack B. Blumenfeld (#1014)
           Rodger D. Smith II (#3778)
           Leslie Polizoti (#4299)
           1201 N. Market Street
           P.O. Box 1347
           Wilmington, DE  19899
           (302) 658-9200
           lpolizoti@mnat.com
            Attorneys for Plaintiff
            CooperVision, Inc

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

October 23, 2006