IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-239 (SLR) |
| | ) |
| CIBA VISION CORP., | ) |
| | ) |
| Defendant. | ) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of CooperVision's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were caused to be served on October 26, 2006 upon the following in the manner indicated:

BY EMAIL & HAND

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

BY EMAIL & FEDERAL EXPRESS

Timothy C. Meece
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
  Attorneys for Plaintiff   CooperVision, Inc

OF COUNSEL:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

October 26, 2006
518688

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on October 26, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Karen L. Pascale, Esquire
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP

I also certify that copies were caused to be served on October 26, 2006 upon the following in the manner indicated:

**BY EMAIL & HAND**

Karen L. Pascale, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building, 17th Fl.
1000 West Street
Wilmington, DE  19801

**BY EMAIL & FEDERAL EXPRESS**

Timothy C. Meece, Esquire
BANNER & WITCOFF
Ten South Wacker Drive
Suite 3000
Chicago, IL  60606

*/s/     Rodger D. Smith II*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com