**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **COOPERVISION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **C.A. No. 06-239-SLR** |
| | ) | |
| **CIBA VISION CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of:

*Defendant CIBA Vision Corporation's First Set of Interrogatories to Plaintiff (Nos. 1-18),*

were caused to be served on November 30, 2006 upon the following counsel of record in the

manner indicated:

*By E-Mail and Hand Delivery*

Jack B. Blumenfeld [jblumenfeld@mnat.com]
Rodger D. Smith II [rsmith@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*By E-Mail and First-Class U.S. Mail*

Morgan Chu [mchu@irell.com]
David I. Gindler [dgindler@irell.com]
Jason G. Sheasby [JSheasby@irell.com]
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Additionally, the undersigned hereby certifies that on November 30, 2006, this Notice of

Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the

above-listed counsel of record in the manner indicated above.

YOUNG CONAWAY STARGATT & TAYLOR LLP

November 30, 2006

*Karen L. Pascale*

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

Robert F. Altherr
BANNER & WITCOFF, LTD.
1001 G Street, N.W., 11th Floor
Washington, DC 20001
Telephone: (202) 508-9100
Facsimile: (202) 508-9299

Timothy C. Meece
Thomas K. Pratt
Shawn P. Gorman
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, Illinois 60606-7407
Telephone: 312-463-5000
Facsimile: 312-463-5001

John P. Iwanicki
BANNER & WITCOFF, LTD.
28 State Street
28th Floor
Boston, MA 02109
Phone: (617) 720-9600
Facsimile: (617) 720-9601

*Attorneys for Defendant,*
*CIBA Vision Corporation*