IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 06-239 (SLR) |
| CIBA VISION CORP., | ) ) ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff CooperVision, Inc.'s Responses And Objections To Defendant CIBA Vision Corporation's First Set Of Requests For Production Of Documents And Things were caused to be served on January 12, 2007 upon the following in the manner indicated:

**BY E-MAIL AND HAND**

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY E-MAIL AND FEDERAL EXPRESS**

John P. Iwanicki
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/  Rodger D. Smith II*

                                      Jack B. Blumenfeld (#1014)
                                      Rodger D. Smith II (#3778)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                      rsmith@mnat.com
                                        Attorneys for Plaintiff
                                        CooperVision, Inc

OF COUNSEL:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

January 12, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2007, he caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Karen L. Pascale
>Young, Conaway, Stargatt & Taylor LLP

I also certify that copies were caused to be served on January 12, 2007 upon the following in the manner indicated:

**BY E-MAIL AND HAND**

>Karen L. Pascale
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

**BY E-MAIL AND FEDERAL EXPRESS**

>John P. Iwanicki
>Banner & Witcoff, Ltd.
>28 State Street
>Boston, MA  02109

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>Wilmington, DE  19801
>(302) 658-9200
>rsmith@mnat.com