# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COOPERVISION, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-239-SLR |
| CIBA VISION CORP., | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **23rd** day of **January, 2007**.

IT IS ORDERED that the teleconference scheduled for Wednesday, February 28, 2007 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE