IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-239 (SLR) ) |
| CIBA VISION CORP., | ) ) |
| Defendant. | ) ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of CooperVision's Second Set Of Interrogatories were caused to be served on February 23, 2007, upon the following in the manner indicated:

**BY E-MAIL AND HAND**

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY E-MAIL**

John P. Iwanicki
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ *Rodger D. Smith II*

---

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
  Attorneys for Plaintiff
  CooperVision, Inc.

OF COUNSEL:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

February 23, 2007

518688

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 23, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Karen L. Pascale
> Young, Conaway, Stargatt & Taylor LLP

I also certify that copies were caused to be served on February 23, 2007, upon the following in the manner indicated:

### BY E-MAIL AND HAND

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY E-MAIL

John P. Iwanicki
Banner & Witcoff, Ltd.
28 State Street
Boston, MA 02109

> /s/ Rodger D. Smith II
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE 19801
> (302) 658-9200
> rsmith@mnat.com