IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COOPERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-239-SLR |
| | ) | |
| CIBA VISION CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF FIRM ADDRESS**
**FOR CERTAIN PRO HAC VICE COUNSEL**

**PLEASE TAKE NOTICE** that, effective February 26, 2007, the Washington, DC office of **Banner & Witcoff, Ltd.** has moved to 1100 13th Street, N.W., Suite 1200, Washington, DC 20005-4051. The firm's telephone number, (202) 824-3000 and facsimile number (202) 824-3001 will remain the same. Please update your service lists for **Robert F. Altherr, Jr., Esquire**, accordingly.

Date: February 27, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

Robert F. Altherr, Jr.
BANNER & WITCOFF, LTD.
1100 13th Street, N.W.
Suite 1200
Washington, DC 20005-4051
Telephone: 202-824-3000
Facsimile: 202-824-3001

2

Timothy C. Meece
Thomas K. Pratt
Shawn P. Gorman
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, Illinois  60606-7407
Telephone:  312-463-5000
Facsimile:   312-463-5001

John P. Iwanicki
BANNER & WITCOFF, LTD.
28 State Street
28th Floor
Boston, MA 02109
Phone: 617-720-9600
Facsimile: 617-720-9601

***Attorneys for Defendant,
CIBA Vision Corporation***

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on February 27, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send e-mail notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>jbbefiling@mnat.com

I further certify that on February 27, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel of record by e-mail [jblumenfeld@mnat.com] and hand delivery, and on the following counsel in the manner indicated below:

>*By E-Mail and U.S. Mail*
>
>Morgan Chu [mchu@irell.com]
>David I. Gindler [dgindler@irell.com]
>Jason G. Sheasby [JSheasby@irell.com]
>IRELL & MANELLA LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA 90067
>(310) 277-1010

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen L. Pascale
>
>Karen L. Pascale (No. 2903)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>kpascale@ycst.com
>*Attorneys for Defendant, CIBA Vision Corp.*