IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIBA VISION CORP., )<br>)<br>Defendant. ) | C.A. No. 06-239 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of CooperVision, Inc.'s First Supplemental Responses to CIBA Vision Corporation's First Set of Interrogatories (Nos. 2, 3 and 9) were caused to be served on March 30, 2007, upon the following in the manner indicated:

### BY E-MAIL AND HAND

Karen L. Pascale, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY E-MAIL AND FEDERAL EXPRESS

John P. Iwanicki, Esquire
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL  60606

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld*

---

        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        jblumenfeld@mnat.com

        *Attorneys for Plaintiff*
        *CooperVision, Inc.*

*Of Counsel*:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

March 30, 2007

518688

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 30, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Karen L. Pascale
> Young, Conaway, Stargatt & Taylor LLP

I also certify that copies were caused to be served on March 30, 2007, upon the following in the manner indicated:

### BY E-MAIL AND HAND

Karen L. Pascale, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY E-MAIL AND FEDERAL EXPRESS

John P. Iwanicki, Esquire
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL  60606

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@mnat.com