IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-239 (SLR) |
| ) | |
| CIBA VISION CORP., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff CooperVision, Inc.'s Amended Responses And Objections To Defendant CIBA Vision Corporation's First Set Of Requests For Production Of Documents And Things were caused to be served on May 21, 2007, upon the following in the manner indicated:

**BY E-MAIL AND HAND**

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY E-MAIL**

John P. Iwanicki
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Rodger D. Smith II*

                              Jack B. Blumenfeld (#1014)
                              Rodger D. Smith II (#3778)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899
                              (302) 658-9200
                              rsmith@mnat.com
                                *Attorneys for Plaintiff*
                                *CooperVision, Inc.*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

May 21, 2007
518688

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Karen L. Pascale
> Young, Conaway, Stargatt & Taylor LLP

I also certify that copies were caused to be served on May 21, 2007, upon the following in the manner indicated:

**BY E-MAIL AND HAND**

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY E-MAIL**

John P. Iwanicki
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL  60606

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
rsmith@mnat.com