# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

June 14, 2007

The Honorable Sue L. Robinson  *VIA ELECTRONIC FILING*
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *CooperVision Inc. v. CIBA Vision Corporation*
C.A. No. 06-239 (SLR)

Dear Chief Judge Robinson:

Plaintiff CooperVision would like to put the following topics on the agenda for the discovery conference set for 4:30 p.m. today:

(1) CIBA's refusal to provide responses to contention interrogatories regarding infringement and validity;

(2) Production of documents from previous cases involving the Patents-In-Suit;

(3) CIBA's search for responsive documents, including documents generated after the initiation of the litigation; and

(4) The need for a follow-up discovery status conference.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/dlb
cc: Clerk of the Court (Via Hand Delivery)
 Karen L. Pascale, Esquire (Via Electronic Mail and Hand Delivery)
 John P. Iwanicki, Esquire (Via Electronic Mail)
 David I. Gindler, Esquire (Via Electronic Mail)
 Jason G. Sheasby, Esquire (Via Electronic Mail)