IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CIBA VISION CORP., )<br>)<br>Defendant. ) | C.A. No. 06-239-SLR |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorney to represent the defendant, CIBA Vision Corp., in this matter:

> Christopher B. Roth
> BANNER & WITCOFF, LTD.
> 1100 13th Street, NW
> Suite 1200
> Washington, DC 20005-4051
> Phone: (202) 824-3000
> croth@bannerwitcoff.com

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this motion.

June 14, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: 302-571-6600

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Christopher B. Roth is GRANTED.

Date: _____ ____, 2007    _____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the bars of the State of Virginia and the District of Columbia, the Supreme Court of Virginia, U.S. District Courts for the District of Maryland and District of Columbia, the District of Columbia Court of Appeals, and the U.S. Court of Appeals for the Federal Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: June 14, 2007

Christopher B. Roth
BANNER & WITCOFF, LTD.
1100 13th Street, NW
Suite 1200
Washington, DC 20005-4051
Phone: 202-824-3000
FAX: 202-824-3001
croth@bannerwitcoff.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld   jbbefiling@mnat.com
> Morgan Chu   mchu@irell.com
> David I. Gindler   dgindler@irell.com
> Amir A. Naini   anaini@irell.com
> Douglas G. NeJaime   dnejaime@irell.com
> Jason G. Sheasby   jsheasby@irell.com, mdonovan@irell.com
> Jonathan Steinsapir   jsteinsapir@irell.com
> Ben Yorks   byorks@irell.com

I further certify that on June 14, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

### *By Hand Delivery and E-Mail*

Jack B. Blumenfeld [jblumenfeld@mnat.com]
Rodger D. Smith II [rsmith@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

### *By E-Mail*

Morgan Chu [mchu@irell.com]
David I. Gindler [dgindler@irell.com]
Jason G. Sheasby [JSheasby@irell.com]
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kpascale@ycst.com