# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD M. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
  (NJ & PA ONLY)
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

June 14, 2007

**BY HAND DELIVERY**

Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    <u>CooperVision, Inc. v. CIBA Vision Corp.</u>, C.A. No. 06-239-SLR

Dear Chief Judge Robinson:

      Defendant CIBA Vision Corporation offers the following agenda of topics it plans to address during the discovery conference scheduled for this afternoon, June 14, 2007, at 4:30 p.m.

1. CooperVision's failure to provide responsive answers to CIBA's contention interrogatories on non-infringement and invalidity (e.g., CIBA Interrogatory Nos. 1 and 2);

2. Other interrogatories to which CooperVision has failed to respond (e.g., CIBA Interrogatory Nos. 4, 5, 6, 7, 8, 10, 11, 12, 13, 15, and 16);

3. CIBA's document requests, including:

    (a) those for which CooperVision has failed to produce any responsive documents to date (e.g., CIBA Request Nos. 32, 33, 35, 36, 38, 41, 47, 55, 60, and 78);

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Honorable Sue L. Robinson
June 14, 2007
Page 2

    (b)    those for which CooperVision has only partially completed production of responsive documents, and for which CooperVision claims it will need at least 3-4 more weeks to complete production. (e.g., CIBA Request Nos. 1, 23, 28, 34, 37, 54, 56, 76, and 77);

    (c)    those for which CooperVision refuses to produce any responsive documents (e.g., CIBA Request Nos. 40, 42, and 63); and

4.    The extent that topics 1-3 affect the current schedule, particularly the current deadline of August 13, 2007 for motions to join other parties and amend the pleadings.

Respectfully submitted,

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)
[kpascale@ycst.com]
*Attorney for Defendant,*
*CIBA Vision Corp.*

KLP:dk

Cc:  Clerk of Court (via hand delivery)
      Jack B. Blumenfeld, Esquire (via hand delivery and e-mail)
      David I. Gindler, Esquire  (via e-mail)
      Jason G. Sheasby, Esquire (via e-mail)
      Robert F. Altherr, Jr., Esquire (via e-mail)
      Christopher B. Roth, Esquire (via e-mail)