IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-239 (SLR) |
| | ) |
| CIBA VISION CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Adam Hoffman, Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067 to represent plaintiff in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II (#3778)*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiff
  CooperVision, Inc.*

June 20, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
                                                                  United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 6/18/07

Adam Hoffman
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
(310) 277-1010

## CERTIFICATE OF SERVICE

I, Rodger D. Smith, hereby certify that on June 20, 2007, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Karen L. Pascale, Esquire
> Young, Conaway, Stargatt & Taylor LLP

I also certify that copies were caused to be served on June 20, 2007, upon the following in the manner indicated:

**BY E-MAIL AND HAND**

Karen L. Pascale, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY E-MAIL AND FEDERAL EXPRESS**

John P. Iwanicki, Esquire
Banner & Witcoff, Ltd.
28 State Street
Boston, MA  02109

*/s/ Rodger D. Smith II (#3778)*
Rodger D. Smith II (#3778)
rsmith@mnat.com