IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-239-SLR |
| | ) |
| CIBA VISION CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 19th day of July, 2007, having reviewed the parties' proposed protective orders, as well as the materials submitted in connection therewith;

IT IS ORDERED that:

1. With respect to paragraph 4(a)(vi), absent agreement among the parties, the court only requires that one employee of each party be given access to the most highly confidential information. Therefore, the language proposed by plaintiff shall be adopted.

2. With respect to paragraph 6, the court agrees with the reasoning propounded by defendant to limit the patent prosecution bar of the protective order to employees of the law firms who are not active members of the bar; i.e., to cover such employees as patent agents. Therefore, the language proposed by defendant shall be adopted.

3. To the extent plaintiff's motion for entry of a protective order is extant (D.I.

40), it is granted in part and denied in part, consistent with the above analysis.

_____
United States District Judge
