# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

July 24, 2007

**BY E-FILE**

Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   CooperVision, Inc. v. CIBA Vision Corp., C.A. No. 06-239-SLR

Dear Judge Robinson:

I write to follow up on the voice mail message which plaintiff's counsel, Rodger D. Smith II, Esquire, and I left for Your Honor's Case Manager, Rosanna DiMeo, on Friday, July 20. The parties are in agreement that an additional discovery conference is not necessary at this time, and therefore respectfully request that the in-person discovery conference scheduled for Wednesday, July 25, 2007 at 4:30 p.m. EDT be cancelled.

Respectfully submitted,

/s/ Karen L. Pascale

Karen L. Pascale (#2903)
[kpascale@ycst.com]
*Attorney for Defendant,*
*CIBA Vision Corp.*

Cc:  Clerk of Court (via hand delivery)
 Rodger D. Smith II, Esquire (via hand delivery and e-mail)
 David I. Gindler, Esquire (via e-mail)
 Jason G. Sheasby, Esquire (via e-mail)
 Robert F. Altherr, Jr., Esquire (via e-mail)
 John P. Iwanicki, Esquire (via e-mail)

DB02:6138110.1                                                                                    065274.1001