

# mcandrews
McANDREWS HELD & MALLOY LTD

500 WEST MADISON STREET  34TH FLOOR  CHICAGO ILLINOIS 60661
(T) 312 775 8000   (F) 312 775 8100   www.mcandrews-ip.com

EDWARD W. REMUS
eremus@mcandrews-ip.com
(312) 775-8126

August 7, 2007

**VIA FEDERAL EXPRESS**

Clerk of the Court
Dr. Peter T. Dalleo
U.S. District Court of Delaware
J. Caleb Boggs Fed. Bldg.
844 N. King St., Room 4209
Wilmington, Delaware 19801-3570

Re:   C.A. No. 06-239
      CooperVision, Inc. v. CIBA Vision Corp.

Dear Dr. Dalleo:

Enclosed please find an original and one copy of Objections of Bausch & Lomb Incorporated to the Production of Documents by CIBA Vision Corp. from Related Litigations for filing in the above-identified case. In addition, we have enclosed a courtesy copy for Honorable Sue Robinson. Please time stamp and return the remaining copy. We have enclosed a stamped, self-addressed envelope for the return of the time-stamped copy.

Sincerely,

Edward W. Remus
Attorney for Third Party
Bausch & Lomb Incorporated

EWR/jlw
Enclosures



**mcandrews**
McANDREWS HELD & MALLOY LTD

Dr. Peter T. Dalleo
August 7, 2007
Page 2

cc:   Honorable Judge Sue L. Robinson
      Jack B. Blumenfeld
      Karen L. Pascale
      Robert F. Altherr
      Timothy C. Meece
      John P. Iwanicki
      Morgan Chu