ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COOPERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-239 (SLR) |
| | ) | |
| CIBA VISION CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**OBJECTIONS OF BAUSCH & LOMB INCORPORATED
TO THE PRODUCTION OF DOCUMENTS BY CIBA VISION CORP.
FROM RELATED LITIGATIONS**

Pursuant to this Court's Order dated July 25, 2007, Bausch & Lomb Incorporated ("B&L") files the following objections to the production of Bausch & Lomb Incorporated's documents from related litigation that are in the possession of CIBA Vision Corporation ("CIBA").

B&L has engaged in litigation with CIBA over silicone hydrogel lenses in at least five jurisdictions including United States District Court for the Western District of New York in Rochester, United States District Court for the Northern District of Georgia in Gainesville, United States District Court for the District of Delaware, the Australian Federal Courts in Melbourne, Australia and courts in Germany. In one or more of the various litigations, at one time or the other, B&L has produced in excess of 100 Bankers boxes of documents for inspection and copying by CIBA. CIBA in turn elected to copy _ALL_ of the documents which B&L produced. The overwhelming majority of the documents were produced in accordance

1

with a protective order and agreement which only permitted CIBA's trial counsel to initially review those documents.

After discovery in Australia and the United States, trials were held in Melbourne, Australia; Wilmington, Delaware; and Gainesville, Georgia. Bausch & Lomb has *NO* objection to CIBA producing to CooperVision any B&L documents marked Confidential by B&L that were actually used and placed in evidence in the trials in Melbourne, Australia; Wilmington, Delaware; and Gainesville, Georgia. It is Bausch & Lomb's belief that both B&L and CIBA, after having scoured through the over 100 boxes of documents produced by B&L, selected for use at the trial in those jurisdictions any and all B&L documents that related to the validity of the patents in suit.

To the extent that CooperVision believes that B&L or CIBA may somehow have missed a material, relevant document in Bausch & Lomb's document production which was NOT used at trial and placed in evidence in the various litigation, B&L has no objection to CooperVision's trial counsel *only* inspecting the B&L documents, which B&L has produced to CIBA and which are in CIBA's possession. B&L would thereafter be willing to discuss the production of any such document, possibly in redacted form, that CooperVision wishes to use in this litigation with CIBA Vision. Bausch & Lomb would like to note that many of the documents in CIBA's possession include decades of monthly reports reporting on many projects, the majority of which are completely unrelated to silicone hydrogel lenses and/or contact lenses at all.

If this is acceptable to CooperVision, B&L requests that CooperVision prepare and submit to Bausch & Lomb a suitable protective order in a proper jurisdiction to permit it to review those documents that it wishes to review in CIBA's possession that have not previously

2

been made a part of a trial record in Australia, Wilmington or Gainesville to Bausch & Lomb's counsel.

August 7, 2007

Respectfully submitted,

Edward W. Remus
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
(312) 775-8000

*Attorneys for Third Party*
*Bausch & Lomb Incorporated*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIBA VISION CORP., )<br>)<br>Defendant. ) | C.A. No. 06-239 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of:

**Objections of Bausch & Lomb Incorporated to the Production of Documents by CIBA Vision Corp. from Related Litigations**

were caused to be served on August 7, 2007 upon the following counsel of record by First Class U.S. Mail:

> Karen L. Pascale
> Karen E. Keller
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899-0391
>
> Robert F. Altherr
> Banner & Witcoff, Ltd.
> 1100 – 13th Street, N.W., Suite 1200
> Washington, DC  20005-4051
>
> Timothy C. Meece
> Thomas K. Pratt
> Shawn P. Gorman
> Banner & Witcoff, Ltd.
> Ten South Wacker Drive, Suite 3000
> Chicago, IL  60606-7407

John P. Iwanicki
Banner & Witcoff, Ltd.
28 State Street, 28th Floor
Boston, MA  02109

Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

August 7, 2007

McANDREWS, HELD & MALLOY, LTD.

Edward W. Remus
500 West Madison Street, 34th Floor
Chicago, Illinois  60661
(312) 775-8000
eremus@mcandrews-ip.com

*Attorneys for Third Party*
*Bausch & Lomb Incorporated*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2007, he caused the foregoing to be filed by Federal Express with the Clerk of the Court. I also certify that copies were caused to be served on August 7, 2007, by First Class U.S. Mail:

> Karen L. Pascale
> Karen E. Keller
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE  19899-0391
>
> Robert F. Altherr
> Banner & Witcoff, Ltd.
> 1100 – 13th Street, N.W., Suite 1200
> Washington, DC  20005-4051
>
> Timothy C. Meece
> Thomas K. Pratt
> Shawn P. Gorman
> Banner & Witcoff, Ltd.
> Ten South Wacker Drive, Suite 3000
> Chicago, IL  60606-7407
>
>
> John P. Iwanicki
> Banner & Witcoff, Ltd.
> 28 State Street, 28th Floor
> Boston, MA  02109
>
> Jack B. Blumenfeld
> Rodger D. Smith II
> Morris, Nichols, Arsht & Tunnell, LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE  19899

Morgan Chu
David I. Gindler
Jason G. Sheasby
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067

*(signature)*
Edward W. Remus