IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

COOPERVISION, INC.,                    )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )     C.A. No. 06-239 (SLR)
                                       )
CIBA VISION CORP.,                     )
                                       )
          Defendant.                   )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *CooperVision Inc.'s Objections to CIBA Vision's August 1, 2007 Notice of Deposition of CooperVision Inc. Pursuant to Fed. R. Civ. P. 30(b)(6)* were caused to be served on August 15, 2007, upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Karen L. Pascale, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

John P. Iwanicki, Esquire
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, IL  60606

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
 *Attorneys for Plaintiff*
 *CooperVision, Inc.*

*Of Counsel:*

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

August 15, 2007
518688

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 15, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Karen L. Pascale, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP

I also certify that copies were caused to be served on August 15, 2007, upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Karen L. Pascale, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

John P. Iwanicki, Esquire
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, IL  60606

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)