IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CIBA VISION CORP., <br><br> Defendant. | C. A. No. 06-239 (SLR) |

**OBJECTION BY THIRD-PARTY COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANIZATION TO PRODUCTION OF DOCUMENTS IN RELATED LITIGATION**

Pursuant to the Court's Order dated July 25, 2007, Commonwealth Scientific and Industrial Research Organization ("CSIRO") files the following objections to the production of documents from related litigation that are in the possession of CIBA Vision Corporation ("CIBA").

In the Court's Order of July 25, 2007, the Court required Defendant CIBA Vision Corporation ("CIBA") to "produce for inspection and copying by Plaintiff CooperVision, Inc. ("CooperVision") all documents in CIBA's possession that have been produced, served, or filed in all previous legal proceedings involving the Nicolson patent family . . ." The Order further provides that if "any third party files an objection with this Court to the production of its confidential information within 21 days of the entry of this Order, CIBA need not produce documents containing that third party's confidential information for inspection and copying until the Court has ruled on that objection."

Third-party, CSIRO, Australia's national science agency understands from CIBA that CIBA's production would include documents produced by CSIRO subject to a Protective Order

1

RLF1-3190223-1

in the now-settled related litigation *CIBA Vision Corporation and Commonwealth Scientific Industrial Research Organization v. Bausch & Lomb, Inc.*, Civil Action No. 2:99-0034-RWS (ND Ga.). CSIRO has not yet had an opportunity to review those documents and, more particularly, to consider the terms of any Protective Order in this matter governing the use of any documents to be produced by CIBA in the present litigation. CSIRO objects to the production in the present litigation of its documents, as well as any documents produced in the previous litigation by the University of New South Wales.

OF COUNSEL:

William H. Needle
wneedle@needlerosenberg.com
Needle & Rosenberg
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-3915
678-420-9300

Dated: August 15, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

Counsel for Third-Party Commonwealth
Scientific and Industrial Research Organization

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2007, I caused to be served by hand delivery the foregoing document(s) and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following

    Karen L. Pascale
    Young, Conaway, Stargatt & Taylor, LLP
    1000 West Street, 17th Floor
    Post Office Box 391
    Wilmington, Delaware 19899-0391

    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell, LLP
    1201 North Market Street
    Post Office Box 1347
    Wilmington, Delaware 19899

I hereby certify that on August 15, 2007 I caused to be sent the foregoing document by First Class Mail to the following non-registered participants:

    Robert F. Altherr
    Banner & Witcoff, Ltd.
    1100 – 13th Street, N.W.
    Suite 1200
    Washington, D.C. 20005-4051

    Timothy C. Meece
    Banner & Witcoff, Ltd.
    Ten South Wacker Drive
    Suite 3000
    Chicago, Illinois 60606-7407

    John P. Iwanicki
    Banner & Witcoff, Ltd.
    28 State Street, 28th Floor
    Boston, Massachusetts 02109

Morgan Chu
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067

                                            Steven J. Fineman (#4025)
                                            fineman@rlf.com
                                            *Attorneys for Third Party*
                                            *Commonwealth Scientific and Industrial*
                                            *Research Organization*