IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-239 (SLR) |
| CIBA VISION CORP., | ) ) ) |
| Defendant. | ) |

**COOPERVISION INC.'S RESPONSE TO ROBERT MARTINEZ'S,
WAYNE EBERHARDT'S AND DONAL TOBIN'S OBJECTIONS TO
THE PRODUCTION OF DOCUMENTS BY CIBA VISION INC.**

On July 25, 2007, the Court ordered defendant CIBA to produce all documents from prior litigations involving the patents in suit. Third parties Robert Martinez, Wayne Eberhardt and Donal Tobin filed objections, stating that their documents do not contain information relevant to this action because Martinez is the inventor of U.S. Patent No. 4,691,820 relating to contact lens *packages*, and Eberhardt and Tobin are the attorneys who engaged in the prosecution of this patent. In view of these representations, CooperVision will forego production of these parties' documents to the extent they relate solely to contact lens *packaging*.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/Karen Jacobs Louden
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Of Counsel*:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

*Attorneys for Plaintiff
CooperVision, Inc.*

August 28, 2007

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on August 28, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Karen L. Pascale, Esquire
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP
>
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on August 28, 2007 upon the following in the manner indicated:

>**BY ELECTRONIC MAIL and HAND DELIVERY**
>Karen L. Pascale, Esquire
>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>
>David E. Moore, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza – 6th Floor
>1313 North Market Street
>Wilmington, DE  19801
>
>**BY ELECTRONIC MAIL and FEDERAL EXPRESS**
>John P. Iwanicki, Esquire
>BANNER & WITCOFF, LTD.
>28 State Street
>Boston, MA  02109
>
>Harry J. Roper, Esquire
>Timony J. Barron, Esquire
>Daniel J. Schwartz, Esquire
>JENNER & BLOCK LLP
>330 North Wabach Avenue
>Chicago, IL  60611

>/s/ Karen Jacobs Louden
>Karen Jacobs Louden (#2881)
>klouden@mnat.com