IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>CIBA VISION CORP., )<br><br>Defendant. ) | C.A. No. 06-239 (SLR) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for plaintiff to respond to defendant's Motion for Leave to File an Amended Answer and Counterclaim is extended until September 17, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Karen L. Pascale |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Plaintiff CooperVision, Inc.* | Josy W. Ingersoll (#1088)<br>Karen L. Pascale (#2903)<br>The Brandywine Building<br>100 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6554<br>kpascale@ycst.com<br>*Attorneys for Defendant CIBA Vision Corporation* |

**SO ORDERED** this_____ day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

1234022