IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-239 (SLR) |
| ) | |
| CIBA VISION CORP., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF COOPERVISION INC.'S UPDATE
REGARDING THIRD PARTY OBJECTIONS**

As directed by the Court during the September 5, 2007 telephone conference,[1] Plaintiff CooperVision Inc. provides this update regarding Johnson & Johnson Vision Care, Inc.'s ("JJVC") objections to the production of its documents. On September 14, 2007, CooperVision and JJVC agreed that CooperVision's outside counsel may review the documents to which JJVC has objected. If CooperVision's outside counsel identifies JJVC documents that CooperVision would like to use in this matter, beyond those JJVC has already agreed may be used, outside counsel for CooperVision and JJVC will then meet and confer in an effort to reach a resolution. *See* Exhibits A & B. To the extent disputes arise during this process that cannot be resolved between the parties, CooperVision will reapproach the Court.

---

[1] *See* D.I. 67, Hearing Transcript 24:2-5 (Sept. 5, 2007) ("It would be helpful if by next week, September 12th, that I get a definitive answer from somebody as to whether there's a real dispute anymore or whether you all have managed to act reasonably in this regard.").

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Jack B. Blumenfeld*
          Jack B. Blumenfeld (#1014)
          Rodger D. Smith II (#3778)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899
          (302) 658-9200
          jblumenfeld@mnat.com
          rsmith@mnat.com
            *Attorneys for Plaintiff*
            *CooperVision, Inc.*

*Of Counsel*:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

September 14, 2007

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on September 14, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Karen L. Pascale, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR LLP

I also certify that copies were caused to be served on September 14, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL and HAND DELIVERY**

Karen L. Pascale, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY ELECTRONIC MAIL and FIRST CLASS MAIL**

John P. Iwanicki, Esquire
BANNER & WITCOFF, LTD.
28 State Street
Boston, MA  02109

                              /s/Jack B. Blumenfeld
                              Jack B. Blumenfeld (#1014)
                              jblumenfeld@mnat.com

# EXHIBIT A

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CA 90067-4276
TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CALIFORNIA 92660-6324

TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (949) 760-5112
FACSIMILE (949) 760-5200
slarson@irell.com

September 11, 2007

**VIA E-MAIL**

Timothy J. Barron
Jennfer & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

Re:   CooperVision, Inc. v. CIBA Vision Corp., C.A. 06-239-SLR (D. Del.)

Dear Tim:

I write regarding CooperVision's compromise proposal to have its outside counsel hold the documents Johnson & Johnson is objecting to on an attorneys-eyes-only basis. As I explained last Thursday, these documents would be examined only by CooperVision's outside counsel and, if we identify documents we would like to use in this matter, beyond those Johnson & Johnson has already agreed may be used, we would be in touch with Johnson & Johnson to discuss how to proceed. You indicated that you would respond to this proposal by Monday, September 10, but I have yet to hear back. We would be most appreciative if you would let us know at your earliest convenience, and in no event later than 5:00 PM tomorrow, whether Johnson & Johnson agrees to this proposal.

Sincerely,

/s Stephen Larson

Stephen W. Larson

SWL:sl

1751544

# EXHIBIT B

## Larson, Stephen

**From:** Barron, Timothy J [TBarron@jenner.com]
**Sent:** Friday, September 14, 2007 7:01 AM
**To:** Larson, Stephen
**Subject:** RE: CooperVision v. CIBA

Dear Stephen:

JJVC agrees that CIBA may produce the documents Coopervision seeks that contain JJVC confidential information to Coopervision's outside counsel in accordance with the terms outlined in your September 11, 2007 letter.

Very truly yours,

Tim Barron


**Timothy J. Barron**
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel (312) 923-8309
Fax (312) 923-8409
TBarron@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.


**From:** Larson, Stephen [mailto:SLarson@irell.com]
**Sent:** Tuesday, September 11, 2007 7:14 PM
**To:** Barron, Timothy J
**Subject:** CooperVision v. CIBA

Dear Tim,

Please see the attached letter.

<<1751544_1.pdf>>

Regards,

Stephen Larson

Irell & Manella LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
949.760.5286
E-mail: slarson@irell.com

ccmailg.irell.com made the following annotations
------------------------------------------------------------------
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you. ------------------------------------------------------------------