IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIBA VISION CORP., )<br>)<br>Defendant. ) | C.A. No. 06-239 (SLR) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *CooperVision Inc.'s First and Second Supplemental Responses to CIBA Vision Corp.'s First Set of Interrogatories (Nos. 1, 2, 3)* were caused to be served on September 19, 2007, upon the following in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Karen L. Pascale, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY ELECTRONIC MAIL**

John P. Iwanicki, Esquire
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, IL  60606

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              /s/ *Jack B. Blumenfeld*
                              Jack B. Blumenfeld (#1014)
                              Rodger D. Smith II (#3778)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899
                              (302) 658-9200
                              jblumenfeld@mnat.com
                              rsmith@mnat.com
                                 *Attorneys for Plaintiff*
                                 *CooperVision, Inc.*

OF COUNSEL:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

September 19, 2007
518688

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Karen L. Pascale, Esquire
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP

I also certify that copies were caused to be served on September 19, 2007, upon the following in the manner indicated:

>**BY ELECTRONIC MAIL**
>**and HAND DELIVERY**
>
>Karen L. Pascale, Esquire
>YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>
>**BY ELECTRONIC MAIL**
>
>John P. Iwanicki, Esquire
>BANNER & WITCOFF, LTD.
>Ten South Wacker Drive
>Suite 3000
>Chicago, IL  60606

>/s/ *Jack B. Blumenfeld*
>Jack B. Blumenfeld (#1014)