IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOPERVISION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-239 (SLR) |
| ) | |
| CIBA VISION CORP., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *CooperVision Inc.'s Third Set of Interrogatories* were caused to be served on October 1, 2007, upon the following in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Karen L. Pascale, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John P. Iwanicki, Esquire
BANNER & WITCOFF, LTD.
28 State Street
Boston, MA 02109

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
  *Attorneys for Plaintiff*
  *CooperVision, Inc.*

*Of Counsel*:

Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

October 1, 2007
1250726.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 1, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Karen L. Pascale, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR LLP

I also certify that copies were caused to be served on October 1, 2007, upon the following in the manner indicated:

> **BY ELECTRONIC MAIL**
> **and HAND DELIVERY**
>
> Karen L. Pascale, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801
>
> **BY ELECTRONIC MAIL**
>
> John P. Iwanicki, Esquire
> BANNER & WITCOFF, LTD.
> 28 State Street
> Boston, MA  02109

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)