-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **COOPERVISION, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     **C.A. No. 06-239-SLR** |
| | ) |
| **CIBA VISION CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of:

> ***CIBA Vision Corp.'s Objections to CooperVision's Notice of
> Rule 30(b)(6) Deposition of CIBA Vision Corp. [D.I. 82];***

were caused to be served on October 8, 2007 upon the following counsel of record in the manner

indicated:

*By E-Mail and First Class U.S. Mail*       *By E-Mail and First Class U.S. Mail*

Jack B. Blumenfeld [jblumenfeld@mnat.com]     Morgan Chu [mchu@irell.com]
Rodger D. Smith II [rsmith@mnat.com]            David I. Gindler [dgindler@irell.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP         Jason G. Sheasby [JSheasby@irell.com]
1201 North Market Street                              IRELL & MANELLA LLP
P.O. Box 1347                                       1800 Avenue of the Stars, Suite 900
Wilmington, DE 19899                         Los Angeles, CA 90067
(302) 658-9200                                     (310) 277-1010

Additionally, the undersigned hereby certifies that on October 10, 2007, this Notice of

Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the

above-listed counsel of record as follows:

_**By Hand Delivery and E-Mail**_

Jack B. Blumenfeld [jblumenfeld@mnat.com]
Rodger D. Smith II [rsmith@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

_**By E-Mail and First Class U.S. Mail**_

Morgan Chu [mchu@irell.com]
David I. Gindler [dgindler@irell.com]
Jason G. Sheasby [JSheasby@irell.com]
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
(310) 277-1010

October 10, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

_____

Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

Robert F. Altherr
BANNER & WITCOFF, LTD.
1001 G Street, N.W., 11th Floor
Washington, DC  20001
Telephone:  (202) 508-9100
Facsimile:  (202) 508-9299

Timothy C. Meece
Thomas K. Pratt
Shawn P. Gorman
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, Illinois  60606-7407
Telephone:  312-463-5000
Facsimile:  312-463-5001

DB02:6293095.1                                                                                    065274.1001

\-

John P. Iwanicki
BANNER & WITCOFF, LTD.
28 State Street
28th Floor
Boston, MA 02109
Phone: (617) 720-9600
Facsimile: (617) 720-9601

*Attorneys for Defendant,*
*CIBA Vision Corporation*

DB02:6293095.1                                                                065274.1001