# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX:  (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 19, 2007

**BY CM/ECF & HAND DELIVERY**

Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    CooperVision, Inc. v. CIBA Vision Corp., C.A. No. 06-239-SLR

Dear Judge Robinson:

      Pursuant to D. Del. LR 7.1.4, Defendant CIBA Vision hereby requests oral argument on its Motion to Modify the Court's September 5, 2007 Oral Order Regarding Election of Patents for Trial (D.I. 76). Briefing on the motion was completed on October 17, 2007, and the parties' submissions were filed as Docket Items 76, 84, and 87 respectively.

Respectfully submitted,

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903)

cc: Clerk of the Court (by CM/ECF and hand delivery)
     Jack B. Blumenfeld, Esquire (by e-mail and hand delivery)
     David I. Gindler, Esquire (via e-mail)
     Jason G. Sheasby, Esquire (via e-mail)
     Robert F. Altherr, Jr., Esquire (via e-mail)
     John P. Iwanicki, Esquire (via e-mail)